

Eugene K Mallard
1301 K264 HWY
Larned Kansas 67550

Telephone:    (620) 285-4660 ext. 4

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Eugene K. Mallard**. Plaintiff <br><br> v. <br><br> **Laura Howard,** Secretary KDADS, **Gabriel Rop**, APD SPTP, et al., In their Official Capacity and Individual Capacity <br> Defendants. | **Case No.**   5:22-cv-04053-EFM-KGG <br> (To be supplied by the Clerk) <br><br><br> CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983 |

### A.    JURISDICTION

1)    Eugene Keith Mallard, is a citizen of Kansas who presently resides at 1301 K264 HWY Larned, Kansas 67550.

2)    Defendant, Gabriel Rop is a citizen of Kansas and is employed as Administrative Program Director, Kansas Sexual Predator Treatment Program. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes _X_ No ___. If your answer is "Yes", Briefly explain:

3)      Defendant, Laura Howard is a citizen of Kansas, and is employed as Secretary for the Kansas Department on aging and Disability Services. At the time the claim(s) alleged in this complaint arose was this defendant acting under the of state law?  Yes __X__  No ____. If your answer is "Yes", Briefly explain:

4)      Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983.


## B.      NATURE OF THE CASE

1)      Briefly State the background of your case:

They are violating my right to freedom of religion.


## C.      CAUSE OF ACTION

1)      I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:

     A)     (1) Count I:    United States Constitution First Amendment Religious Practice

          (2) Count II:    United States Constitution First Amendment Religious Discrimination

          (3) Count III:    United States Constitution Eighth Amendment

          (4) Count IV:    United States Constitution Fourteenth Amendment

          (5) Count V:    42 U.S.C. § 2000bb et seq. Religious Freedom Restoration Act

          (6) Count VI:    42 U.S.C. § 2000cc et seq. Religious Exercise In Land Use And By Institutionalized Persons

2

(7) Count VII:  K.S.A. § 60-5301 et seq. Kansas Preservation of Religious Freedom

Act

B)      Supporting Facts

### i.      SMUDGING

**a.**      Smudging is a practice whereby one connects with Grandfather, the spirit of the Native American way. It is done by burning herbs (Sage, Cedar, Sweetgrass) in a bowl and using a feather fan wafting it over the person or object in a clockwise pattern while a message is said to Grandfather.

**b.**      For a Christian the equivalent to smudging is praying.

**c.**      Gabriel Rop and Laura Howard in no manner deny, block or prevent a Christian from praying on a daily or more often basis. Currently the smudging practice is denied to me, except once per week during the Pipe and Drum Ceremony.

**d.**      I learned the manner and method of smudging thirteen years ago from a member of the Red Wolf Society that carries a Bureau of Indian Affairs card.

**e.**      Currently Gabriel Rop and Laura Howard state that I cannot smudge on a daily basis due to a burn ban in place by Pawnee County. However, the burn ban only bans careless burning and burning that is not done in a designated recreational site or area. At all times while smudging in thirteen years I have never been careless and no unintended fire has occurred.

**f.**      When I began thirteen years ago there was a scheduled time each day for the smudge to occur as it had to be done outside. Over time they eradicated this and denied it all together. A practice that Gabriel Rop and Laura Howard enforce today.

g.      I have sincerely held the belief that a daily smudge was necessary in order to purify myself and stay connected with Grandfather. Without this daily practice I feel lost and without my spiritual being.

### ii.      Sweat Lodge

a.      The sweat lodge ceremony is one of the major cornerstones of the Native American religion. It requires a special lodge and rocks, wood, fire, and water.

b.      The sweat ceremony should be held no less than once per week. The ceremony is akin to returning to the womb of mother earth so that one is purified, gains strength, guidance, physical, emotional, mental, and spiritual healing.

c.      For a Christian the equivalent to sweat lodge is going to Church, Bible study, or any other gathering focused on God or the Bible.

d.      Gabriel Rop and Laura Howard in no manner deny, block or prevent a Christian from going to Church, Bible study, or any other gathering on a daily or more often basis. Currently the sweat lodge practice is denied to me outright.

e.      I learned the manner and method of sweat lodge thirteen years ago from a member of the Red Wolf Society that carries a Bureau of Indian Affairs card.

f.      Currently Gabriel Rop and Laura Howard state that I cannot sweat at any time due to a burn ban in place by Pawnee County. However, the burn ban only bans careless burning and burning that is not done in a designated recreational site or area. At all times while doing the

sweat lodge pratice in thirteen years I have never been careless and no unintended fire has occurred.

**g.**     When I began thirteen years ago there was a scheduled time once a month for the sweat lodge to occur as it had to be done outside. Over time they eradicated this and denied it all together. A practice that Gabriel Rop and Laura Howard enforce today.

**h.**     I have sincerely held the belief that a sweat lodge ceremony was necessary in order to purify myself and stay connected with Grandfather. Without this practice I feel lost and without my spiritual being.

**iii.**     **Feasts**

**a.**     The feast is a time to gather together and celebrate the changing of the seasons, such as winter and summer solstice, and the equinox of spring and fall. These traditionally include traditional fry bread, corn pemmican and other foods natural to Native Americans.

**b.**     The food should be prepared by a practicing Native American on grounds and blessed as it is being prepared.

**c.**     For a Christian the equivalent to feasts is a Holiday meal such as Christmas and Easter, or just a gathering with a meal.

**d.**     Gabriel Rop and Laura Howard in no manner deny, block or prevent a Christian, Muslim, or Jewish person from having a special meal  or feast as a tenet of their religion.

**e.**     I learned the manner and method of feasts thirteen years ago from a member of the Red Wolf Society that carries a Bureau of Indian Affairs card. At that time the group provided

the most of the food items and prepared them in a traditional manner over an open flame. When this was denied the facility would provide all the food items and prepare them.

**f.**     Currently Gabriel Rop and Laura Howard state that I cannot have a feast of any kind for any reason.

**g.**     I have sincerely held the belief that a feast was necessary in order to gather and tell stories to celebrate a change in time or earth and stay connected with Grandfather. Without this practice I feel lost and without my spiritual being.

### iv.     Pipe & Drum

**a.**     The Sacred Pipe is the cornerstone of the Native American spirituality. The drum represents the heart beat of the Native American people. At a pipe and drum ceremony I smoke the pipe and play the drum and sing songs to the creator.

**b.**     The Pipe should never be handled by anyone that is not Native American Except by the chaplain to visually inspect it.

**c.**     For a Christian the equivalent to Pipe and Drum is going to Church with their Bible, Communion supplies, Choir, and spiritual leader.

**d.**     Gabriel Rop and Laura Howard in no manner deny, block or prevent a Christian, Muslim, or Jewish person from going to church, temple or mosque and praising  and singing songs and praying.

**e.**     I learned the manner and method of Pipe and Drum thirteen years ago from a member of the Red Wolf Society that carries a Bureau of Indian Affairs card.

**f.**     I have sincerely held the belief that a pipe and drum ceremony is a weekly gathering that is required to stay connected to Grandfather. Without this practice I feel lost and without my spiritual being.

**g.**     Gabriel Rop and Laura Howard continue to deny or cancel my pipe and drum ceremony due to lack of staff, burn ban which does not fall under the burn ban that was put in place by the county commissioner of Pawnee County, or because the staff that was assigned to go out with me did not want to go due to cold or heat.

**v.     Pow-Wow**

**a.**     The Pow-wow (Spiritual Gathering) is a annual event of traditional dancing, speaking and praying in word, song, and music for all that lives. The gathering of the people sometime with outside guests who would be dressed in ceremonial clothing symbolizes a renewal of unity in the spirit.

**b.**     A feast of traditional, Familiar foods (such as fry bread, Corn pemmican, and buffalo meat are a central part of the gathering.

**c.**     For a Christian the equivalent to Pow-wow, is going to Church with their Bible, Communion supplies, Choir, and spiritual leader and having religious holiday meals.

**d.**     Gabriel Rop and Laura Howard in no manner deny, block or prevent a Christian, Muslim, or Jewish person from going to church, temple or mosque and praising and singing songs and praying, or having their religious meal or outside visitors.

**e.**     I learned the manner and method of Pow-Wow thirteen years ago from a member of the Red Wolf Society that carries a Bureau of Indian Affairs card.

f.      I have sincerely held the belief that a Pow-wow is gathering that is required to stay connected to Grandfather. Without this practice I feel lost and without my spiritual being.

g.      Gabriel Rop and Laura Howard continue to deny Pow-wow ceremony and no reason has been given to me for the denial.

### vi.      Spiritual Leaders

a.      The Native American spiritual leaders should receive the same courtesy and access to confined persons as is afforded to ordained clergy.

b.      For a Christian the equivalent to a Spiritual leader, is a pastor, priest, rabbi or spiritual leader for the Muslim faith.

c.      Gabriel Rop and Laura Howard in no manner deny, block or prevent a Christian, Muslim, or Jewish person from having a spiritual leader from coming in to conduct worship services

d.      I learned the manner and method of Native American Spiritual leaders thirteen years ago from a member of the Red Wolf Society that carries a Bureau of Indian Affairs card.

e.      I have sincerely held the belief that a Native American Spiritual leader is required to stay connected to Grandfather and to learn the ways of the ancestors. Without this practice I feel lost and without my spiritual being.

f.      Gabriel Rop and Laura Howard continue to deny a Native American Spiritual leader and no reason has been given to me for the denial.

### vii.     Healing and Passing ceremonies

**a.**     The Native American passing and healing ceremonies should be done as soon as I learn of a sickness or death, normally within 24 hours of learning of the sickness or death. Mourning the death of a relative or friend may include one or more of the following, (cutting of the hair, fasting, smudging, displaying ashes on the face, and wearing black headwear). Mourning may last up to one year.

**b.**     For a Christian the equivalent of a healing or passing ceremony is going to a doctor or hospital and going to a place of worship for a funeral.

**c.**     Gabriel Rop and Laura Howard in no manner deny, block or prevent a Christian, Muslim, or Jewish person from having a memorial service on grounds, or going to a memorial service outside the facility.

**d.**     I learned the manner and method of Native American Spiritual leaders thirteen years ago from a member of the Red Wolf Society that carries a Bureau of Indian Affairs card.

**e.**     I have sincerely held the belief that a Native American healing or passing ceremony  is required to stay connected to Grandfather. Without this practice I feel lost and without my spiritual being.

**f.**     Gabriel Rop and Laura Howard continue to deny a Native American healing or passing from being held.

**D.    PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ___ No _X_. If your answer is "Yes", describe each lawsuit. ( If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  a)  Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants:_____

  b)  Name of court and docket number_____

  c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still

      pending? _____

  d)  Issues raised _____

      _____

  e)  Approximate date of filing lawsuit _____

  f)  Approximate date of disposition_____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts compiled of in Part C  Yes ___ No _X_ If your answer is "Yes" Briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

10

The issues brought forth in this Petition are questions of law or Constitution. As such there is no administrative remedy available for state officers and agents or agencies cannot resolve such questions. See *Merryfield v. Kansas Social and Rehabilitation Services*, 220 P.3d 1114, 2009 WL 5206252, at *1 (Kan. App. 2009); and *In re Tax Application of Lietz Constr. Co.,* 273 Kan. 890, 906, 47 P.3d 1275 (2002); *Prager v. Kansas Dept. of Revenue,* 271 Kan. 1, 19, 20 P.3d 39 (2001); *Colorado Interstate Gas Co. v. Beshears,* 18 Kan. App. 2d 814, 821-22, 860 P.2d 56 (1993), *rev. denied* 256 Kan. 994 (1994).

The current administrative remedy would prejudice me in that it takes no less ten years to complete and allows for their attorneys to be involved but I am not allowed an attorney. As I am not an attorney and have no adequate law library the administrative remedy would cause more harm than good.

### E.    REQUEST FOR RELIEF

1)    I request that this Court declare that denial of a Sweat Lodge ceremony violates my rights to practice my religion in accords with the dictates of the United States Constitution and all laws, Federal and State, of this country.

2)    I request that this Court declare that denial of a Healing and Passing Ceremonies ceremony violates my rights to practice my religion in accords with the dictates of the United States Constitution and all laws, Federal and State, of this country.

3)    I request that this Court declare that denial of a Feast violates my rights to practice my religion in accords with the dictates of the United States Constitution and all laws, Federal and State, of this country.

11

4)    I request that this Court declare that denial of a daily Smudging ceremony violates my rights to practice my religion in accords with the dictates of the United States Constitution and all laws, Federal and State, of this country.

5)    I request that this Court declare that denial of a Pipe and Drum Ceremony, once per week, violates my rights to practice my religion in accords with the dictates of the United States Constitution and all laws, Federal and State, of this country.

6)    I request that this Court declare that denial of a Pow-Wow ceremony violates my rights to practice my religion in accords with the dictates of the United States Constitution and all laws, Federal and State, of this country.

7)    I request that this Court declare that denial of access to or allowance for a spiritual guide to come in the facility to assist me in my practice violates my rights to practice my religion in accords with the dictates of the United States Constitution and all laws, Federal and State, of this country.

8)    I request that this Court declare that denial of a proper area for the Native American religion violates my rights to practice my religion in accords with the dictates of the United States Constitution and all laws, Federal and State, of this country.

9)    Declare that religious discrimination has occurred to the Native American religion that is not held applicable to the Muslim, Jewish, Catholic, or Christian faith, violating my rights to practice my religion in accords with the dictates of the United States Constitution and all laws, Federal and State, of this country.

10)    Declare that Laura Howard, Secretary of KDADS, has a responsibility to ensure that my right to practice my religion not be violated.

11)    Declare that Laura Howard has done nothing to prevent the abuse of my ability to practice my religion.

12)    Declare that as the top administrator, Gabriel Rop, has a responsibility to ensure that my right to practice my religion not be violated.

13)    Declare that as the top administrator, Gabriel Rop, has done nothing to prevent the abuse of my ability to practice my religion.

14)    To restore the proper practice of my sincerely held religious beliefs order that the Defendants provide the following, and enjoin them, from ever denying these items:

    A.    On Monday thru Sunday there should be smudging allowed twice a day, morning and evening without fail.

    B.    Feasts should be allowed no less than eight times per year. That include:

        i.    During the winter solstice, summer solstice, fall equinox, spring equinox, Pow-Wow, tribe get togethers and other necessary holidays.

        ii.    The meals should be prepared by a practicing Native American in a traditional Native American manner as my ancestors did over an open flame.

        iii.    The meal should include traditional Native American foods such as Buffalo, corn pemmican, fry bread. This is not an all inclusive list.

    C.    Once per week the sweat lodge ceremony shall be permitted to be held. Including in this shall be:

        i.    A shovel and rake shall be provided without fail.

        ii.    Firewood and rocks shall be provided

iii.    Thirty five to forty pieces of willow ten to fifteen feet long shall be provided every year for building the sweat lodge.

iv.    A fire source shall be allowed to heat the rocks without fail.

v.    A source of water shall be allowed without fail. This shall include an outdoor camp style shower.

vi.    A small earthen mound as a scared alter shall be allowed to be built outside the sweat lodge in accords with Native American tradition.

vii.    The Sweat Lodge ceremony shall be no less than five hours in length, from the time the fire has been started.

viii.    The Sweat Lodge ceremony shall not be limited to only those of Indian ancestry. It shall be allowed for all who are practicing the Native American way and have professed a desire, willingness, and following of the Native American religion as a sincerely held belief.

ix.    Participants in the Sweat Lodge ceremony shall be allowed to wear only a pair of shorts on the religious grounds while participating in the Sweat.

x.    Sweat Lodge ceremony shall be at a scheduled time that does not prevent one from participating or at a time that is likely to be cancelled, shortened, or ended early.

xi.    If an emergency count is necessary during the Sweat Lodge ceremony, the following shall be followed:

    a.    Supervising staff will inform the participants respectfully and without entering a sacred area to include: (1) The area between the fire and the lodge; (2) walking behind or on the sides of the lodge; and (3) a blessed area.

    b.    If a round has been started the participants shall be allowed to finish the round before being required to exit for a physical count.

    c.    Participants will be counted in the religious area and not be required to return to their living unit or room.

D.    Once per week the Pipe and Drum ceremony shall be permitted to be held. This shall include:

i.    The ability to use the sacred pipe without fail.

ii.    The ability to have tobacco, without fail.

iii.    The ability to use a lighter without fail.

iv.    The facility shall provide outdoor space without fail.

v.    To have a traditional Native American drum for the ceremony without fail.

vi.     To use the traditional Native American drum for the ceremony without fail.

vii.     The ceremony shall be no less than two hours.

viii.     All tribe members be allowed to attend without fail.

ix.     The pipe should be stored with other sacred objects such as but not limited to: ribbons, bones, sage, tobacco, sweet grass, Kinnikinnick and corn.

x.     The pipe should never be handled by anyone that is not a Native American.

E.     A spiritual guide or Native American elder shall be allowed to participate or assist me, by coming to the facility, for the following:

i.     Once per week if requested.

ii.     Pow-Wow

iii.     Feasts

iv.     Pipe and drum ceremony

v.     Smudging

vi.     Sweat lodge ceremony

vii.     Healing ceremony

viii.     Passing ceremony

F.     A spiritual guide or Native American elder shall be allowed to bring with them sacred items such as:

16

    i.       Medicine bundle, sage, sweet grass, cedar, small drum, rattle, or other items that they deem necessary for the Native American religion, which should never be handled by anyone who is not Native American.

    ii.      They should not be strip searched, but can go thru the metal detector.

    iii.     They should be allowed to come in with traditional Native American garb, such as clothing and Native American headdress.

    iv.     A spiritual guide should be allowed to come in for sweat lodge ceremonies, feasts, healing or passing ceremonies.

G.    Pow-Wow (Multi-Tribal Spiritual Gathering) should be an annual event without fail under the following:

    i.   All practicing Native Americans should be allowed to attend without fail.

    ii.   Outside visitors should be allowed to attend such as Spiritual guides and family members who are on the approved visitor list.

    iii.  Traditional Native American food such as but limited to corn pemmican, buffalo meat and fry bread shall be provided by the State or be allowed to be brought in by the visitors.

    iv.  The Spiritual Guides shall be allowed to bring in sage, sweet grass, cedar, small drum, or other items that they deem necessary for the Native American religion.

     v.   They should be allowed to come in with traditional Native American garb, such as clothing and Native American headdress.

H.    Healing and or passing ceremonies, should be conducted in a timely manner, with healing ceremonies being done as soon as an illness or hospitalization is learned of, and passing ceremonies being done within twenty four hours of the passing without fail. This shall include:

     i.    The Sacred Pipe, tobacco, sage, sweet grass, cedar smudge bowl and feather fan shall be allowed without fail.

     ii.   Time permitting Spiritual guides, shall be allowed to come in for the healing or passing ceremony.

     iii.  Spiritual guides shall be allowed to bring in a medicine bundle, sage, sweet grass, cedar, small drum or any other Native American items that they deem necessary for the Native American religion.

     iv.  If chosen to do so the mourner shall be permitted to cut their hair with the individual being allowed to hold the hair until the next pipe and drum ceremony where it shall be burned.

I.    The facility will provide an area for the Native American Religion so that I may practice my beliefs. This will include:

     i.    Enough space to have a sweat lodge, small herb garden 3'X3', an area for a fire pit, an area for preparation of the feasts, and an

area big enough to hold the Pow-Wow of other gathering of the tribes.

ii.      The area will be blessed and made sacred through tradition Native American Practices and when done:

        a.      The facility will ensure that no person through than a practicing Native American enters the area.

        b.      All lawn care (mowing, ect.) will be done by a practicing Native American; and

        c.      The Boundaries will be clearly marked with permanent signs posted to ensure no accidental or mistaken violation occurs.

        d.      Four (4) small painted stones, colored yellow, black, red and white shall be placed to mark the four directions, East, South, West and North.

iii.      The area shall be large enough to have a storage area for items that I may not retain in my room. For example, rocks for the sweat lodge, firewood for the fire pit and other necessary items. The storage area will include a weather proofed small shed for the items to be stored that cannot be exposed to the elements.

iv.      The area will have a source of water and for sanitary purposes a camp sink for feasts. There should be a bathroom within easy distance for toiletry purposes.

v.     The area should be screened to provide privacy during Sweat Lodge ceremonies.

vi.    The area will be designated and used only by practicing Native Americans and not any other group or religion.


Eugene K. Mallard
Plaintiff, *Pro Se*
1301 K264 HWY
Larned Kansas 67550-5353
Ph: (620) 285-4660 ext. 4