**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Eugene K. Mallard | 5:22-cv-04053-EFM-KGG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Laura Howard Secretary, KDADS; Gabriel Rop ADP SPTP | Civil Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Laura Howard, Secretary, KDADS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
503 South Kansas Avenue, Topeka, KS 66603

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Eugene K. Mallard
1301 K264 Hwy
Larned, KS 67550-5353

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
J. Kendall for Eugene K. Mallard
TELEPHONE NUMBER: 620-285-4660 x 4
DATE: 10/19/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin No.: 31
District to Serve No.: 31
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 10-24-22

[X] have executed as shown in "Remarks"

Date: 10.26.22

Signature of U.S. Marshal or Deputy: J. Iverson USMS

REMARKS

Sent certified mail

UNITED STATES MARSHAL RECEIVED 2022 OCT 24 AM 10:26 TOPEKA, KS

Form USM-285
Rev. 03/21

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Laura Howard
Secretary, KDADS
503 S Kansas Ave
Topeka KS 66603-3404

9490 9169 0224 6689 5311 13

**2. Article Number** *(Transfer from service label)*
9414 7169 0224 6689 5311 33

**A. Signature:** ( ☐ Addressee or ☐ Agent)

X  R Gonzalez

**B. Received By:** *(Printed Name)*     **C. Date of Delivery**

R Gonzalez    102622

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below:    ☐ No



UNITED STATES MARSHAL
RECEIVED
2022 NOV -2 PH 2:28
TOPEKA, KS

**3. Service Type**

☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)    Domestic Return Receipt



**USPS TRACKING #**

9490 9169 0224 6689 5311 13

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**UNITED STATES**
**POSTAL SERVICE**

US Marshals Service
District of Kansas
444 Southwest Quincy, Suite 456
Topeka KS 66683