**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Eugene K. Mallard | 5:22-cv-04053-EFM-KGG |
| DEFENDANT | TYPE OF PROCESS |
| Laura Howard Secretary, KDADS; Gabriel Rop ADP SPTP | Civil Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gabriel Rop, ADP SPTP
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Dillon Building, Larned State Hospital, 1301 K264 Hwy, Larned, KS 67550-5353

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Eugene K. Mallard
1301 K264 Hwy
Larned, KS 67550-5353

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
s/ J. Kendall for Eugene K. Mallard
TELEPHONE NUMBER: 620-285-4660 x 4
DATE: 10/19/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin No. 31
District to Serve No. 31
Signature of Authorized USMS Deputy or Clerk
Date: 10.24.22

[X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above...

Name and title of individual served (if not shown above)
Date: 11.28.22  Time: 125 [X] pm

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

re-mailed 11.21.22

2022 OCT 24 AM 10:26
UNITED STATES MARSHAL RECEIVED
TOPEKA, KS

Form USM-285
Rev. 03/21

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9414716902246689929664

Remove ×

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:25 pm on November 28, 2022 in LARNED, KS 67550.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

LARNED, KS 67550
November 28, 2022, 1:25 pm

**Redelivery Scheduled for Next Business Day**

LARNED, KS 67550
November 25, 2022, 1:09 pm

**Out for Delivery**

LARNED, KS 67550
November 25, 2022, 9:48 am

**Arrived at Post Office**

LARNED, KS 67550
November 25, 2022, 9:37 am

**In Transit to Next Facility**

November 24, 2022

**Departed USPS Regional Facility**

WICHITA KS DISTRIBUTION CENTER
November 23, 2022, 6:38 pm

**Arrived at USPS Regional Facility**

WICHITA KS DISTRIBUTION CENTER
November 23, 2022, 11:33 am

**Arrived at USPS Regional Origin Facility**

KANSAS CITY MO DISTRIBUTION CENTER
November 22, 2022, 12:02 am

**Accepted at USPS Origin Facility**

TOPEKA, KS 66683
November 21, 2022, 10:47 pm

**Shipping Label Created, USPS Awaiting Item**

TOPEKA, KS 66683
November 21, 2022, 3:02 pm

Feedback

**Hide Tracking History**

---

**Text & Email Updates**                                                  ⌄

---

**USPS Tracking Plus®**                                                   ⌄

---

**Product Information**                                                   ⌄

See Less ∧

---

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.