UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EUGENE K. MALLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>LAURA HOWARD, *Secretary, KDADS, in her official and individual capacities*, and GABRIEL ROP, *ADP SPTP, in his official and individual capacities*,<br><br>    Defendant. | Case No. 5:22-cv-04053-EFM-KGG |

## INITIAL ORDER REGARDING PLANNING AND SCHEDULING

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of this action. With this goal in mind, U.S. Magistrate Judge Kenneth G. Gale will conduct a Fed. R. Civ. P. 16 scheduling conference on **January 17, 2023, at 10:00 a.m**. The conference will be conducted by telephone. Counsel and/or parties will call 1-888-363-4749. Enter access code 5407703 to participate in the conference.

The parties are not required to confer as required by Fed. R. Civ. P. 26(f) or draft a proposed scheduling order required by Fed. R. Civ. P. 26(f)(2). The parties are also exempt from Rule 26(a)(1)(A) initial disclosures. *See* Fed. R. Civ. P. 26(a)(1)(B).

If you have questions concerning this order's requirements, please contact the undersigned judge's law clerk, Tyler Laudick, at (316) 315-4386, or by e-mail at ksd_gale_chambers@ksd.uscourts.gov.

IT IS SO ORDERED.

Dated December 1, 2022, at Wichita, Kansas.

S/K<small>ENNETH</small> G. <small>GALE</small>
Kenneth G. Gale
U.S. Magistrate Judge
