EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EUGENE K. MALLARD, | ) |
| Plaintiff, | ) |
| v. | ) Case. No. 22-4053-EFM-KGG |
| LAURA HOWARD, *et al.*, | ) |
| Defendants. | ) |

## DECLARATION OF COURTNEY WAGNER

I, Courtney Wagner, LMSW, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have been the Assistant Administrative Program Director for the Sexual Predator Treatment Program (SPTP) at Larned State Hospital (LSH) since October 2022.

2. As part of my official duties, I am familiar with the computers available to SPTP residents and the access provided to LexisNexis through those computers.

3. Exhibit 1 shows true and accurate screenshots of LexisNexis as it appears when accessed by SPTP residents. The screenshots show the kinds of content available to SPTP residents when using LexisNexis.

4. Living units in SPTP have up to thirty residents and two computers.

5. Residents must sign a Computer Use Agreement to use the computers.

6. SPTP staff explains the Computer Use Agreement to residents and answers questions about it from residents.

7. Exhibit 2 is a true and accurate copy of resident Eugene K. Mallard's signed Computer Use Agreement, which he signed on April 1, 2021.

8. Residents who have signed a Computer Use Agreement have access to the computer for 1 hour minimum each day.

9. Residents who do not need the allotted computer time each day are free to give their computer time to another resident who wants more than the allotted 1 hour each day.

10. A resident can also fill out a Resident Request Form to the Administrative Program Director, requesting that SPTP staff coordinate additional computer time.

11. Resident Mallard has not submitted any Resident Request Forms requesting additional computer time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2023.

*Courtney Wagner, LMSW*
Courtney Wagner, LMSW
Asst. Adm. Program Director for SPTP
Larned State Hospital
Kansas Department for Aging and Disability Services



### Federal

#### Primary Law

**Cases**

- Kansas Federal District Courts
- 10th Circuit - US Court of Appeals Cases
- U.S. Supreme Court Cases, Lawyers' Edition
- All Federal Cases

**Codes & Legislation**

- USCS - United States Code Service - Titles 1 through 54
- USCS - Constitution of the United States

#### Court Rules

- USCS - Federal Rules Annotated

#### Administrative Codes and Regulations

- CFR - Code of Federal Regulations
- Federal Register

#### Secondary Sources

- Bender's Federal Practice Forms
- Moore's Federal Practice - Criminal
- Moore's Federal Practice - Civil
- Constitutional Rights of Prisoners, Ninth Edition

### All States

#### Primary

**Statutes and Legislation**

- All States Codes

**Court Rules**

- All States Court Rules

#### Administrative Codes and Regulations

- All States Administrative Codes and Regulations

2

Case 5:22-cv-04053-EFM-KGG   Document 20-1   Filed 07/12/23   Page 5 of 5

EXHIBIT 2

Larned State Hospital  
Larned, Kansas  
1/21

**RESIDENT COMPUTER USE AGREEMENT**  
**CPR-621**

MALLARD EUGENE KEITH  
47207  
SPTP - Dillon East  
Male    56    F    D  

03/18/2021 15:50

SPTP Policy No.: 5.21 Community Areas and Use sets out expectations of resident access and use of state-owned computers for legal and program-related purposes. Computer use is allowed only for residents who agree to abide by SPTP Policy No.: 5.21 – Community Areas and Use. Resident use of state-owned computers is governed by the following terms and conditions:

- There is no expectation of privacy for any person using a state-owned computer.
- Residents may not use the computers unless they sign this computer use agreement.
- The only way residents can access and use the computers is with their assigned password and logon.
- Residents are never to share their password with other residents. Residents are responsible for all activities performed while signed in.
- Residents using the computer on another unit must have prior written permission from the Administrative Program Director/Designee or Clinical Program Director/Designee and have this written permission on their person at all times while using the computer.
- Residents are limited to one hour of computer use per day to ensure all residents have an opportunity for use.
- Use of personal storage devices on state-owned computers is prohibited. This includes, but is not limited to, MP3 players and flash drives.
- Storage of media such as photos, videos, and music is prohibited on the computers.
- Residents are prohibited from accessing any internet site except www.lexisnexis.com, which the state makes available for the sole purpose of allowing residents the opportunity to conduct legal research on their own cases.
- Residents are limited to use of one computer at a time.
- Residents are not allowed to use computers on a unit in which they do not reside. The SPTP Administrative Program Director/Designee can authorize use of a computer on another unit on an individual basis with written approval.
- Residents shall not modify, or attempt to modify, the hardware or software or any file system or storage area other than their designated personal folders.
- Computer games are prohibited.
- Password protection of any document, file, or program is prohibited. Any encrypted documents, files, or program will be deleted on discovery. If a document is password protected, the state has the right to break the password protections and review material as determined by Program or Hospital Leadership.
- By allowing resident usage of computers, KDADS and LSH reserve the right to inspect each computer and individual login and activity history.
- Accessing pornographic sites with a state computer is a state crime.
- Failure to follow this agreement could result in disciplinary and/or other actions to include but not limited to criminal prosecution and restriction from computer usage.

I hereby accept and agree to abide by the conditions detailed above and in SPTP policy 5.21 – Community Areas and Use.

_Eugene K Mallard_ / Resident Signature    4/1/21 Date    09:45 Time

_Halich Bennett_ / Staff Witness    4/1/2021 Date    0945 Time

Original: CIM  
Copy: Resident

RECEIVED  
APR 09 2021  
LARNED STATE HOSPITAL

RECEIVED  
APR 02 2021