Eugene K Mallard
1301 K264 HWY
Larned Kansas 67550

Telephone:  (620) 285-4660 ext. 4

FILED
U.S. District Court
District of Kansas

JUL 24 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Eugene K. Mallard**. Plaintiff<br><br>v.<br><br>**Laura Howard,** Secretary KDADS, et al.,<br>Defendants. | Case No.    5:22-cv-04053-EFM-KGG |

### RESPONSE TO DEFENDANTS RESPONSE TO MOTION FOR COUNSEL

I, Eugene K. Mallard, come forward and formally respond to the arguments made by Defendant(s) counsel in Document 20. In support thereof I state:

1. First, Courtney Wagner, a top administrative professional in the program, argues the law library is adequate if Mr. Mallard knowingly subjects himself to violating the rules of the facility. (Doc. 20-1 Pg. 2 ¶ 9).
2. In the facility the Resident Handbook, Policy 8.7, states that giving, borrowing, or lending anything from another resident is a Class II offense. This then subjects Mr. Mallard to consequences that can include restriction from the computer.
3. Document 20-1 Pg. 5, submitted to this Court clearly states that Mr. Mallard is only allowed one hour per day and does not provide any exceptions to said rule.
4. As Mr. Mallard alleged in his document even if he were to get more time then another resident would have to do without.

5. The Defendant(s) failed to address how Mr. Mallard is to be trained in use of the programs they allege are present.

6. Courtney Wagner states that at the time Mr. Mallard received a login for the computer he was allowed to ask for and receive training on use of the computers. This is only partially true, for the training was only in how to use his login. (Attachment A).

7. Defendant(s) provide a screen shot of Lexis, but fail to show if what is on the screen actually goes anywhere.

8. As to the forms, the screenshot shows Bender's forms, but are those the actual forms required by this Court or any Court in Kansas. For under certain rules the forms have to be the actual froms from the Court.

9. Mr. Mallard's Motion for Counsel shows an injury already suffered due to the lack of law library, i.e inability to do discovery and inability to properly prepare for a trial of which the ruling will effect all SVPS in Kansas.

**WHEREFORE,** Mr. Mallard again requests the Court to find the law library inadequate and provide counsel to assist him.

**Executed on July 19, 2023**

*/s/ Eugene K Mallard*
Eugene K Mallard
1301 Ks. Hwy 264
Larned, Ks. 67550
620-285-4660 Ext. 4

## CERTIFICATE OF SERVICE

**Eugene K Mallard** hereby declares that on the **20th** day of **July, 2023**, he placed a true and correct copy of the above and foregoing in the facility mail system to be given to the United States Postal Service for delivery. Each envelope was properly addressed with appropriate postage affixed and was addressed to:

Clerk of the Court
403 US Courthouse
401 N. Market Street
Wichita, KS. 67202

Matthew Shoger
Assistant Attorney General
Attorney for Defendants
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Tel: (785) 368-5244 | Fax: (785) 291-3767
Email: matthew.shoger@ag.ks.gov

Eugene Mallard
Plaintiff, *Pro Se*
1301 K264 HWY
Larned Kansas 67550-5353