**EXHIBIT C**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **EUGENE K. MALLARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case. No. 22-4053-EFM-KGG** |
| | ) | |
| **LAURA HOWARD,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### <u>DECLARATION OF JEFF BROWN</u>

I, Jeff Brown, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have been the chaplain at Larned State Hospital (LSH) since about 2014.

2. As chaplain, I oversee the chaplaincy program at LSH. My duties include supporting religious needs and providing counseling, prayer, and religious services. I supervise religious services and help lead some Christian services. I help develop administrative policies related to religious groups. I answer questions from residents related to religious concerns both in person and through email. I handle the procedure for recognizing new religions and new religious groups (referred to as religious "call-outs").

3. LSH has three distinct hospital programs: the Psychiatric Services Program (PSP), the State Security (Hospital) Program (SSP), and the Sexual Predator Treatment Program (SPTP).

4. LSH generally has about 300 to 400 residents and patients.

5. I am the chaplain for all LSH residents and patients and for all three hospital programs at LSH.

6. Different buildings at LSH have their own religious call-outs. The buildings with religious call-outs include Dillon (which houses SPTP residents), Jung (which houses SPTP residents), and Isaac Ray (which houses SSH and SPTP residents). The Isaac Ray building is considered the most secure building out of the three.

7. The religious call-outs at LSH include Asatru, Christians (in a few different groups for different denominations, including Catholic, Protestant, and Jehovah's Witnesses groups), Druids, Jews, Muslims, Native American (in three groups named Red Wolf, Grey Wolf, and Independents), Rastafarians, Satanists, and Wiccans.

8. I attended meetings with LSH and SPTP leadership to discuss potential revisions to LSH's religious policies from at least 2018 to August 2023.

**Religious Call-Out Locations**

9. Organized groups for SPTP residents and their group activities are colloquially referred to as "call-outs."

10. Religious groups for SPTP residents and their group activities are colloquially referred to as "religious call-outs."

2

11. Areas in and around the resident buildings have been designated for residents to engage in the religious exercise of their choice.

12. For example, residents in Dillon may conduct religious activities indoors in a "chapel" or other meeting room in Dillon or in a theater on the LSH grounds.

13. The following image shows the chapel in Dillon.



14. For religious call-outs at Dillon that conduct ceremonies outdoors, often referred to as "nature-based" religious call-outs, a double-fenced and secure area is provided in the northwest portion of Dillon's grounds. The area is referred to as the assembly yard (also known as the religious yard).

15. Alternatively, if any resident in a religious call-out is classified as a "security risk status" – which means a heightened risk of potential elopement (escape) or aggressive behavior – then the religious call-out's outdoor gatherings, if any, must meet in the "mod yard" for that building.

16. The mod yards are more secure than the assembly yards because mod yards either have better fencing or are contained within a walled, enclosed courtyard.

17. Different buildings have their own assembly yard and mod yard. (For Jung and Isaac Ray, the assembly yard and mod yard are one and the same.)

18. The assembly yard at Dillon has been parceled to provide separate plots for ceremonies by the Native American call-outs identified as Red Wolf and Grey Wolf. Other nature-based religious call-outs, including Asatru, Druids, and Wiccans, also have designated plots within the area. (The Asatru and Wiccan call-outs share the same designated plot.) The Independent call-out split from the Grey Wolf call-out around April or May of 2021 and due to space limitations does not currently have a designated plot but meets in a small area of open land with picnic tables in the southwest part of the assembly yard.

19. The following map, with the top of the image as north, shows Dillon's assembly yard and the designated plots for various call-outs in the western half of the image. The

eastern half of the image shows the mod yard and a shelter sometimes used by staff

(in event of adverse weather) when supervising religious call-outs outdoors.



20. The following image shows the assembly yard from the northwest looking to the southeast as of about February 27, 2023.



21.  The following image shows the assembly yard from the southeast looking to the northwest as of about February 27, 2023.



22. The following image shows the designated plot for the Red Wolf call-out from the southeast looking to the northwest as of about February 27, 2023.



23. The following image shows the designated plot for the Red Wolf call-out from the west looking to the east as of about February 27, 2023.



24. The following images show the designated plot for the Grey Wolf call-out from the west looking to the east as of about February 27, 2023.





25. The following more recent image shows two sweat lodge frames built on the Dillon
assembly yard from the east looking west as of about September 1, 2023. The left,
closer sweat lodge is the Red Wolf sweat lodge, and the right, farther sweat lodge is

the Grey Wolf/Independents sweat lodge. (Tarps are placed over the willow frame for the actual sweat lodge ceremony.)



26. The following image shows the open area of land used by the Independents call-out from the northeast looking to the southwest as of about February 27, 2023.



27. The following image shows the designated plot for the Asatru and Wiccan call-outs from the northeast looking to the southwest as of about February 27, 2023.



28. The following image shows the designated plot for the Druid call-out from the east looking to the west as of about February 27, 2023.



29. The following image shows the mod yard at Dillon from the west looking to the east as of about February 27, 2023.



30. The following image shows the shelter sometimes used by staff when supervising religious call-outs from the northwest looking to the southeast as of about February 27, 2023.



31. The following image shows the shed next to the assembly yard sometimes used by staff while supervising religious call-outs (as well as the western portion of the mod yard) from the southeast looking to the northwest as of about February 27, 2023.



**Eugene K. Mallard**

32. Eugene K. Mallard is a member of the Grey Wolf call-out.

**COVID-19**

33. Since March 2020, at least 1 resident and 4 staff members at LSH have died from COVID-19.

34. When the COVID-19 pandemic first hit Kansas in March 2020, many LSH staff members walked away, which lowered staffing levels at LSH.

15

35. On March 18, 2020, group activities, including religious gatherings, were suspended at LSH to avoid the spread of COVID-19 within the hospital.

36. Due to low staffing, many staff had to cover positions outside their normal work duties. I personally worked in resident units frequently during this timeframe, which is outside my normal duties. This kept me from being able to attend to some of my usual duties.

37. Although I was not part of the "Core Pandemic Planning Team," I participated in a "Large Pandemic Planning Team" that met about daily, then about weekly, then less often as the pandemic moved along, for information sharing, troubleshooting, questions/answers and the like regarding the pandemic response at LSH. Other members of LSH leadership, including Lesia Dipman, Haleigh Bennett, and Linda Kidd, were also members of this team. This team continued meeting until December 2021.

38. Over time COVID-19 restrictions were loosened or retightened to respond to infection levels at LSH or within Pawnee County.

### Current Status of Religious Gatherings

39. Native American religious groups are currently permitted to smudge daily, to conduct pipe-and-drum ceremonies weekly, to conduct sweat lodge ceremonies monthly, to participate in special meals periodically for holidays, and to conduct healing and passing ceremonies.

40. Currently, religious call-outs can meet for one or two hours a week for weekly religious gatherings. Some religious call-outs, such as Native American call-outs,

16

meet for two hours at once. Native American call-outs use this time for two-hour pipe-and-drum ceremonies. Some religious call-outs meet for two separate one-hour sessions, such as a one-hour service and a one-hour bible study. Others meet for a single one-hour session.

41. Adequate staffing is necessary for safety and security, including preventing elopements (that is, escapes). Religious call-outs are supervised by myself and two or three staff (MHDD's or transport staff), depending on the size of the religious call-out. When a shovel or rake are going to be used during a call-out, one of the staff members must be specifically trained in religious yards and tool control and must be present at all times. Regardless of the staff supervising the call-out, two or three transport staff are needed to securely transport residents to and from the call-out.

42. In some cases, two or three religious call-outs occur at the same time without causing the staffing requirement to increase.

43. Some religious call-outs, including Native American call-outs, also meet daily for smudging for about twenty minutes each day, unless the call-out already has another gathering that day.

44. The Native American call-outs additionally meet for sweat lodge ceremonies for four hours once a month, which occurs in place of their weekly gathering for that week. An additional 30 minutes is allowed to clean up after the ceremony.

45. Pow-wows are currently allowed for Native American call-outs for four hours in place of the call-out's sweat lodge ceremony for that month.

46. Since at least September 2023, Nature-based call-outs are currently permitted to grow sage on their religious grounds as long as the plants are maintained and weeded by hand, without gardening tools. Harvesting occurs during religious call-outs by members of the call-out. Sage can be kept and properly stored by members of the call-out (in accordance with requirements I set as the Chaplain).

47. Nature-based call-outs also perform maintenance on their religious grounds in small groups during scheduled times outside of the times for that call-out's religious activities. This yard maintenance occurs periodically from April to September.

**Smudging**

48. Effective March 30, 2020, SPTP adopted a policy that allowed residents in the Native American religious call-outs to purchase and use "liquid smudge" in lieu of their normal smudging practice, which normally involves burning sage. *See* memo attached as Exhibit 1.

49. The "liquid smudge" purchased by residents in the Native American call-outs is a smokeless smudge spray produced by Native American religious groups for the purpose of smudging. This allowed residents to smudge indoors even when group smudging was not allowed.

50. Effective June 6, 2020, SPTP allowed daily non-liquid smudging, including the burning of sage, at weekly religious gatherings, during daily fresh-air breaks, and later as a separately scheduled daily activity. *See* memo attached as Exhibit 2.

**Weekly Gatherings**

51. From June 6 to July 17, 2020, from August 1 to August 24, 2020, and from September 11 to November 17, 2020, LSH COVID-19 restrictions permitted residents to gather, with social distancing, for religious ceremonies, in weekly call-outs of thirty minutes or an hour.

52. Since approximately January 15, 2021, LSH COVID-19 restrictions have permitted residents to gather, with social distancing, for religious ceremonies, in weekly one-hour call-outs.

53. Nevertheless, since then, for other reasons apart from the LSH's COVID-19 protocol, weekly religious call-outs have occasionally been cancelled and there have been occasions when residents have not been allowed to smudge outdoors or smoke for other reasons.

54. As of June 14, 2023, LSH no longer has an overarching COVID-19 "phase plan," so it no longer has restrictions for all of LSH based on the numbers of reported cases in the state and in the area. Units will still quarantine if someone in that unit tests positive.

**Pipes**

55. LSH has a Tobacco Free Hospital policy (attached as Exhibit 3). Accordingly, use of tobacco during religious ceremonies has been limited to patients/residents in an approved outdoor area.

56. In 2020, I received purchase requests by residents to purchase individual prayer pipes (also called ceremonial pipes or "the sacred pipe"). These requests were not denied,

but rather were put on hold while figuring out the logistical details of how to make the pipe ceremonies work within the limitations faced by LSH, including limitations regarding staffing, safety, and security, and the prevention of the spread of COVID-19 within the hospital.

57. In March and April of 2021, LSH/SPTP adopted a policy that one prayer pipe could not be smoked by multiple participants of a pipe ceremony. Instead, residents were required to supply their own pipe. Residents in Native American call-outs are permitted to purchase prayer pipes for their individual use during their weekly gatherings or other ceremonies involving smoking. The policy forbidding sharing of pipes was in place to reduce the risk of transmission of communicable diseases within the hospital as recommended by LSH's medical professional staff. *See* memo attached as Exhibit 4.

58. Pipe-and-drum ceremonies have been permitted with individual pipes since April 29, 2021. *See* memo attached as Exhibit 5.

59. For Native American ceremonies that include smoking, such as a weekly pipe-and-drum ceremony, staff retrieves the residents' individual prayer pipes from a secure area. Staff also retrieves tobacco from a secure area for the residents to smoke using their prayer pipes.

60. The pipes are stored in clear plastic containers, so staff does not have to directly touch the pipes. This is in deference to requests by the Native American call-outs that only certain people can handle prayer pipes and tobacco. Residents see the pipes and

tobacco as sacred and believe that other staff touching those materials may spiritually contaminate them.

61. Staff delivers pipes and tobacco to individual residents upon arrival at the ceremony.

62. Staff supervises the lighting of the pipes with a lighter provided by staff from the control center for each building.

63. Since at least September 2023, group prayer pipes have been allowed again, with each individual participant allowed to decide whether to use an individual prayer pipe or a group prayer pipe. The resident designated as pipe keeper for each Native American religious call-out keeps the group prayer pipe in that resident's room, who brings it to the relevant ceremonies. Individual prayer pipes are only retrieved by staff for those residents who choose to use an individual prayer pipe. Tobacco and a lighter are still delivered by staff.

### Special Meals

64. Each religious call-out is permitted up to four special meals per year for religious holidays.

65. Special meals have been permitted again since at least March 2023.

66. Special meals occur during the call-out's weekly gathering time (or during one of the call-out's weekly gathering times if it has two).

67. Special meals are provided by LSH's food services contract provider.

68. Special meals are provided to members of religious call-outs in individual servings.

69. Special meals for the Native American call-outs are held outside in the assembly yards.

70. To prevent the spread within the hospital of infections and disease, meals, including holiday meals, cannot be served "family style." LSH medical professional staff have concluded that meals or feasts that are served "family-style," instead of by separately packaged portions, cannot be allowed because of the unacceptable risk, in the jail/prison like setting, of the transmission of diseases and infections.

71. "Family style" refers to food being held in large platters, bowls, or other serving dishes rather than being individually plated or packaged. Group members would then serve themselves from the dishes which are passed around the group.

**Sweat Lodge Ceremony**

72. When sweat lodge ceremonies formerly occurred at LSH, the ceremony took a full day from 8 A.M. to middle or late afternoon, once a month, at each building. Each ceremony had to be staffed for the ceremony's duration.

73. As of March 2020, two sweat lodges had been constructed at Dillon in the designated plots for the Native American call-outs identified as Red Wolf and Grey Wolf.

74. There has never been a separate sweat lodge at Dillon for the Independents, which is a small group of residents that split off from the Grey Wolf group. Due to space limitations, the Independents call-out does not currently have a designated area of the assembly yard, but is permitted by the Grey Wolf call-out to join them and use their sweat lodge for the sweat lodge ceremony.

75. Sometime in 2020, the sweat lodges at Dillon deteriorated from exposure to the elements so they had to be removed.

76. These residents maintain that, under their faith systems, their designated plots and the sweat lodges on their plots cannot be accessed or used by anyone who is not a member of their identified group except for the Chaplain (myself).

77. Each sweat lodge's frame at Dillon is built out of approximately eighteen individual willow branches, each at least one inch in diameter and about eight feet long.

78. These harvested willow branches are planted into the ground, bent, and arranged together to form a generally circular or oval dome and then are covered with a tarp, with one door. The placement and orientation of the lodge is significant in Native American religions.

79. Inside the lodge during ceremonies, water is poured over heated stones in an earthen pit in the center to generate steam, which has an effect similar to a sauna. The stones themselves are heated in a fire built outside the lodge and are moved from the fire outside the lodge into the pit within the lodge using a tool such as a rake or a modified pitchfork (with a metal bar welded across the points to prevent it from stabbing anyone). High temperatures are produced in the confined interior space.

80. The lodge is approximately four to five feet tall. The diameter of a lodge at Dillon is approximately six to seven feet.

81. Multiple individuals enter and stay in the lodge, mostly unclothed, for an extended period during a sweat lodge ceremony. Residents must wear shorts at a minimum during the ceremony.

82. The necessary willow branches are not available to order, but rather I had to personally search for them along highways and cut them from willow trees along creeks and waterways. I had to borrow a vehicle for this purpose because I could not fit the branches in my own vehicle.

83. In 2020 and 2021, I had medical issues and multiple surgeries that kept me away from work for significant amounts of time. Medical issues have and continue to make it difficult for me to gather the willow branches for sweat lodges.

84. Additionally, under the LSH's COVID-19 protocol then in place, the sweat lodge ceremony could not be conducted because it could not be performed with the required social distancing and masking.

85. In 2023, when COVID-19 protocols loosened enough to allow a sweat lodge ceremony, the willow materials necessary for any reconstruction of the sweat lodges were not available for harvest until late spring.

86. I occasionally consult with a Native American advisor outside of LSH. This advisor referred us to an outside person who was able to gather willow branches for us in April 2023.

87. Using those willow branches, The Native American call-outs constructed two sweat lodges in April 2023, one on Red Wolf's designated grounds and one on Grey Wolf's designated grounds. Staff supervised the construction and provided the residents with access to the needed tools, including shovels and scissors. The safety plan for building these sweat lodges is attached as Exhibit 6.

88. The following image (which is the same as one of the images above) shows the two sweat lodge frames on the Dillon assembly yard from the east looking west as of about September 1, 2023. The left, closer sweat lodge is the Red Wolf sweat lodge, and the right, farther sweat lodge is the Grey Wolf/Independents sweat lodge. Tarps are placed over the willow frame for the actual sweat lodge ceremony.



89. Native American call-outs resumed monthly sweat lodge ceremonies in May 2023. These call-outs are permitted four hours for the sweat lodge ceremony each month.

**Fire Hazards**

90. When a county burn ban that affects LSH is in effect, LSH does not allow the sweat lodge ceremony due to fire hazard concerns regarding open flames (from the fire used to heat the rocks), flying embers, and dry conditions.

91. A wildfire recently came within 5 miles of LSH in March 2022.

92. The area including LSH is only covered by a volunteer fire department. This results in an increased response time for fire fighters to arrive compared to having a full-time fire department.

93. Although LSH has its own fire truck, it has sometimes been out of service.

### Healing and Passing Ceremonies

94. Residents in Native American call-outs may request to conduct a healing ceremony when someone close to them is sick.

95. Residents in Native American call-outs may request to conduct a passing ceremony when someone close to them has died.

96. Healing and passing ceremonies include smoking a prayer pipe.

97. Since April 29, 2021, when the policy was finalized for allowing individual pipes, healing and passing ceremonies have been allowed as part of the weekly gatherings of Native American religious call-outs.

98. For a time, healing and passing ceremonies were only allowed as part of the weekly gatherings due to limited staffing as well as logistical issues, including concerns raised by clinical staff regarding scheduling conflicts with treatment sessions for residents.

99. Since at least November 8, 2022, passing ceremonies and healing ceremonies have also been permitted during daily smudging times or sometimes as separate

ceremonies during the week. Currently, they occur during daily smudging sessions, with the time for those sessions extended as needed.

**Spiritual Leaders**

100.    LSH has been following and continues to follow LSH policy P9-03: Vetting Clergy and Church Professionals for Visitation. All versions of policy P9-03 in effect since January 2020 have been attached as Exhibit 7.

101.    Native American spiritual leaders have previously been permitted to facilitate Native American religious call-outs in SPTP, but the residents rejected those spiritual leaders.

102.    If the leaders of the Native American religious call-outs in SPTP request and approve a Native American spiritual leader, LSH will vet and may potentially approve that spiritual leader to help facilitate Native American religious call-outs in SPTP. The spiritual leader also would have to agree to the arrangement.

103.    I have on several occasions reached out to Native American spiritual leaders who were requested by SPTP residents but who did not agree to come facilitate Native American religious call-outs in SPTP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September ___7___, 2023.

Jeff Brown
Chaplain, Larned State Hospital
Kansas Department for Aging and Disability Services

**EXHIBIT 1**

## Sexual Predator Treatment Program

2020-03-016

# MEMO

To:    SPTP Residents

From:  Chaplain Jeff Brown

Date:  3/30/2020

Re:    Liquid Smudge

Those who want to smudge can order liquid smudge from Wandering Bull (plastic bottle only). You will need to fill out a CPR-399 Form. Please make sure Tonya receives it so the process can be completed in a timely manner. The smudge could be done in your room.

Thank you,

Chaplain Jeff

## Sexual Predator Treatment Program

2020-06-035

# MEMO

To:     SPTP Staff and Residents

From:   Tonya Taylor, SPTP Administrative Program Director

Date:   6/5/2020

Re:     Religious Callouts

---

LSH has now moved into Phase B of the COVID Recovery Plan and this allows us to begin opening up religious callouts again. This will be a phased in approach and I must caution folks that should we get a COVID + individual here on our campus we will likely tighten restrictions again for the safety of all. That being said, callouts will be starting again tomorrow, 6/6/2020. I have attached the schedule and every religious callout on every unit is offered equal time. We still cannot mix units nor transport between buildings – these will be added back in future phases of the Recovery Plan.

### Here are the guidelines that everyone must follow:

1.      All members attending a call out will be from the same unit, with no more than 15 members total per unit.

2.      Masks must be worn at all times – This includes to and from the callout and during the entirety of the callout! *The callout will be stopped and residents returned to the unit if this is not followed!*

3.      Call outs will be limited to 30 minutes per unit per call out. (This will increase as we work through the phases).

4.      Special meals continue on hold.

5.      Callouts which involve smudging:

    A.      Smudging will be allowed, with the keeper of the bowls and smudge material permitted to pass this via staff in a box (which is not sealed, permitting visual inspection but not touching) between members on different units.

    B.      Smudging is also permitted on fresh air breaks.

6.      Callouts which involve sweat lodge or pipe – these activities are still on hold.

7.      Callouts which involve healing ceremonies are permitted within the above parameters (i.e., no pipe).

Please be patient with staff as this will require lots of staff support to stay on schedule. We will do our best! Also South Communities' and Jung Communities' religious callout schedules will be at the discretion of the Unit Leaders in charge and will follow the same guidelines above.

Thank you,

Tonya Taylor, SPTP Administrative Program Director

**EXHIBIT 3**

| LARNED STATE HOSPITAL | ADMINISTRATIVE POLICY AND PROCEDURE MANUAL |
|---|---|
| **EFFECTIVE:** April 20, 2021 | **POLICY NO.:** LD-4.15 |

**SUBJECT:** Tobacco-Free Hospital

## PURPOSE

To identify the prohibition of tobacco product use on Larned State Hospital (LSH) property.

## POLICY

In order to provide a safe and healthy environment and to promote the health, well-being, and safety of the patients/residents, staff, and visitors while on the hospital campus, LSH is a tobacco-free hospital. Tobacco-free is defined as not permitting the use, sale, or exchange of any tobacco products by patients/residents, staff, or visitors on LSH Property. Tobacco products include, but are not limited to: cigarettes, snuff, chewing tobacco, any item with nicotine (exception – smoking cessation products), etc. **Tobacco products also include electronic inhalers meant to simulate and substitute for tobacco smoking such as electronic cigarettes (e-cigarettes), electronic vaping devices, personal vaporizers (PV), and/or electronic nicotine delivery system.**

1.    The use of tobacco products is prohibited on all LSH Property.

   "LSH Property" is defined as all state-owned or -leased buildings utilized by LSH for office or warehouse space or as part of the hospital facility, including the surrounding areas such as sidewalks, walkways, driveways, streets, parking lots and grounds under LSH ownership or control. "LSH Property" is further defined as all vehicles owned, leased, or rented by the hospital.

   a.    Tenants of the hospital houses may use tobacco products outside their rental property in close proximity of their residence; however, this does not include staff living in the Hospital building as patients do have limited access to the building.

   b.    Residents of the Meyer Reintegration Facility will not use tobacco products on LSH campus and will follow policies of the Reintegration Facility for storage and maintenance of these items.

   c.    Residents of the Meyer East Reintegration Facility may store tobacco products within their locked vehicles: however, they are not allowed to possess or utilize these tobacco products within the reintegration facility or anywhere on the LSH grounds.

   d.    Exceptions from this policy may be made in accordance with policy P9-06 - Religious Guidelines for Patients.

2.    The use of tobacco products and/or accessories is prohibited in all personally owned vehicles when on hospital property.

3.    The use of tobacco products and/or accessories is prohibited during all patient transports and any subsequent appropriate/approved stops and/or breaks before, during, or after the transport.

4.    This policy applies to all individuals within the boundaries of LSH property, including patients/residents, employees, visitors, volunteers, contractors, student interns, and community

members.

5.      Any and all tobacco products must not be visible or smelled by patients/residents, including, but not limited to, tobacco use or tobacco products held in hands, seen in open pockets, impressions of tobacco packaging in pockets, products seen in open purses or other containers.

6.      All disposable items (lighters, matches, lighter fluid, and open tobacco products) will be disposed of at the time of admission, excluding items brought by the Meyer Reintegration Facility residents.

7.      All unopened tobacco products owned by the patient/resident, excluding those in the Reintegration Facility, are to be stored and returned at discharge or destroyed as per the patient's choice.

8.      Signs stating that the entire hospital campus is tobacco-free will be prominently posted at all campus access roads and building entrances.

9.      Individuals considering employment at LSH will be notified of its tobacco-free campus through information provided on the hospital's website and in job advertisements.

10.     Staff will be advised of the expectations of this policy during new employee orientation. Supervisors will be responsible for informing their staff about policy expectations and assisting with enforcement. Using courtesy and tact, all staff are authorized and encouraged to explain the expectations of this policy to patients, visitors, volunteers, contractors, student interns, community members, etc.

11.     Staff shall support and encourage patients to remain tobacco-free.

12.     Staff shall not discuss or mention their personal use of tobacco products to patients/residents, except to express confidence in the patient/resident's ability to quit based on personal experience.

13.     Staff who wish to quit using tobacco products may access available outside resources or contact Human Resources for additional information.

14.     Staff who are smoking or otherwise using tobacco products on hospital property are in violation of this policy and subject to disciplinary action by supervisory staff.


POLICY REFERENCE:
P9-06            Religious Guidelines for Patients



APPROVED BY:  _____*Original Signature on File*_____
                              LESIA DIPMAN, Superintendent

PPR:   Chief Operating Officer
ks
New: 03/14
Revised: 10/17; 04/21

## Sexual Predator Treatment Program

2021-03-009

# MEMO

To:     Native American Callout Members

From:   Marc A. Quillen, PhD, SPTP Clinical Program Director

Date:   March 3, 2021

Re:     Pipe and Drum

---

As a result of concerns of disease transmission with the use of communal pipes, the following changes are implemented:

1. Effective this date, communal pipes, and the use of such, will not be permitted.
2. Each member of a recognized Native American callout can purchase and must use only their own individual pipe.
3. Each pipe must be approved by the Chaplain and the Administrative Program Director/designee prior to ordering.
4. Approved pipes must meet the following criteria:
    a. Be available through the Crazy Crow Trading Post or Wandering Bull Trading Post catalogues, and
    b. Must be no greater in size than
        i.   10 inches in its longest dimension, and
        ii.  4 inches in its widest or tallest dimension and,
        iii. 3 inches in its final dimension, and
    c. Have no metal parts or any other features which might be a safety or security concern.
5. The individual pipe will be the only permitted device for consumption of tobacco during approved and scheduled religious activities.
6. Use of tobacco will only occur during times specified by the Chaplain as part of an individual's participation in a recognized Native American callout.
7. Pipes will be individually stored in a secured location designated by SPTP Leadership with access only by designated staff.
8. Use of communal pipes will be reconsidered at a point when COVID-19 is no longer considered an epidemic by the Kansas Department of Health and Environment.
9. This change in procedure for use of individual pipes will be reflected in a subsequent revision of LSH Policy P9-06 (Religious Guidelines for Patients/Residents).

If there are any questions, please submit a request to speak with the Chaplain.

3/3/21          1 of 1

EXHIBIT 5

**Sexual Predator Treatment Program**

# MEMO

To:     SPTP Staff and Residents

From:   Tonya Taylor, SPTP Administrative Program Director

Date:   4/29/2021

Re:     Native American Callouts and Use of Individual Pipe

We will begin allowing use of individual pipes this weekend during callouts. Please refer to LSH Policy P9-06 for guidelines regarding pipe and tobacco use.

Any Dillon Native American callout that includes Security Risk Status residents will be held in the Dillon Mod Yard.

Thank you,

Tonya Taylor, SPTP Administrative Program Director

**EXHIBIT 6**

1

## <u>Dillon Building</u>

## <u>Safety Plan for Building Sweat lodge for Gray and Red Wolf</u>

**<u>Project Date:</u>**   4/26/2023                    **<u>Time:</u>**   8:30am

**<u>Project Leaders/Oversight:</u>**       Gabriel Rop

### <u>Vetting and Approving Residents to Clear the Yard</u>

**Screening criteria for residents considered for clearing:**

- No verbal or physical aggression for at last 6 months

- Security Risk Status disqualifies resident(s)

- Residents must be screened and approved by SPTP Leadership, Chief of Safety and Security/Designee, Superintendent/Designee, and KDADS Legal

- Residents must be cleared by Medical Staff

**Residents Approved to handle tools on 4/26/23**

Gray Wolf:

- **Robert Wright:** Purple badge no physical or verbal aggression in the past six months, not on Security Risk Status.

- **Ray Clark:** Purple badge no physical or verbal aggression in the past six months, not on Security Risk Status.

- **Eugene Mallard:** Green badge no physical or verbal aggression in the past six months, not on Security Risk Status.

Red Wolf:

- **Valdi Barnett:** Purple badge no physical or verbal aggression in the past six months, not on Security Risk Status.

- **Billy Stanley:** Purple badge no physical or verbal aggression in the past six months, not on Security Risk Status.

- **Paul Vancamp:** Purple badge no physical or verbal aggression in the past six months, not on Security Risk Status.

- **Rex Booe:** Purple badge no physical or verbal aggression in the past six months, not on Security Risk Status.

4/25/23

**Residents who will be participating in the event.**

**Gray Wolf/Independent:**

Jimmie Sebek

Robert Wright

Ray Clark

Larry Huff

David Thayer

Eugene Mallard

**Red Wolf:**

Valdie Barnett

Billy Stanley

Paul Vancamp

Daniel Grimsley

Micky Nance

Rex Booe

<u>**Residents Training and Competency Verification**</u>

Training is not required for these residents to use hand tools.

**Staff assigned to be present on site to train/verify competency of residents and supervise 4/26/2023 project:**

- Matt Figger, VTP Supervisor
- Jeff Brown, Chaplin
- Aaron Bieberle, Key/Tool Control Administrator

4/25/23

**Staff Supervision During Sweat Lodge Construction**

All staff must have a state issued radio on their person at all times. Staff must be observant, monitoring the process and addressing any safety/security issues immediately.

- All two staff must be present for supervision at all times.

- At least one of the staff present must be a supervisor (e.g. VTP staff, CTS, SRO)

- In addition to the two staff, if tools, including any hand held tools, lawn mower and weed eater are used, the Tool/Key Control Administrator must be present at all times.

- Safety and Security Officers will monitor from the Dillon Control Center

Staff Supervising 4/26/2023 project: Matt Figger, VTP supervisor, Jeff Brown, Chaplin, and Aaron Bieberle, Tool/Key Control Administrator with Security will be supervising the yard via camera.

**Equipment /Tool Control**

**AT:**

AT will give Jeff two hand shovels at Dillon on 4/26/23.


**Chaplaincy:**

Jeff will take two art scissors from his office to Dillon. Log them at the tool lock sheet.

**Tool Control:**

The Key/Tool Control Administrator will be present and will maintain tool control check in and out.
Tools for 4/26/23:
- 2 scissors
- 2 hand shovels
- 2 regular big shovels

**The use of equipment:**

- All equipment instructions must be followed.

**Other Plan Details for the 4/26/23 Project**

The scissors and hand shovels will arrive at the identified Dillon 0815am.

Only twelve (12) residents will be allowed work together in the yard.

- After the sweat lodges are completed, the tools will be removed from the yard.

- Security will be monitoring the yard from the control center and do the perimeter checks

4/25/23

4

- In case of weather changes (foggy, thunderstorms, high heat index) the event date will be move to another day.

**EXHIBIT 7**

| | |
|---|---|
| **LARNED STATE HOSPITAL** | **PATIENT POLICY AND PROCEDURE MANUAL** |

**EFFECTIVE:** December 22, 2020                                    **POLICY NO.:** P9-03

**SUBJECT:** Vetting Clergy and Church Professionals for Visitation

## PURPOSE

To identify and screen Ministers of Religion, Licensed or Lay Pastors, Elders, Deacons, and Lay Leaders calling on Larned State Hospital (LSH) patients and residents in an official capacity for a religious or spiritual body or group.

## DEFINITION OF VETTING

Vetting is a thorough and diligent review of Ministers of Religion, Licensed or Lay Pastors, Elders, Deacons, and Lay Leaders of any religious or spiritual body to assure that they are in "good standing" with their denomination or church/group for the security and safety of patients and residents during their stay at LSH.

## POLICY

All Ministers of Religion, Licensed Pastors, Elders, Deacons, Lay Leaders, Deacon or Elders will be vetted before calling on residents and patients at LSH by the LSH Clinical Chaplain or designee to assure that they are in "good standing" with their denomination or local body.

## PROCEDURE

**Participating members include:**          Licensed Nursing Staff
                                            Chaplain
                                            Treatment Team
                                            Social Worker or SPTP - Primary Treatment Facilitator

**I.      Action by Licensed Nursing Staff or a member of Treatment Team.**

   A.     Receives request from patient/resident for a Clergy visit for religious and/or spiritual reason.

   B.     Notifies Chaplain of request via e-mail or phone call.

**II.     Action by Chaplain**

   A.     Confers with patient/resident to receive information about the visit and directions on how to contact the Clergyperson.

B.      Contacts the overseeing body of patient's/resident's Minister, Priest, Rabbi, etc., to confirm that the Cleric is in "good standing" with their denomination, church, or overseeing body. If there is no overseeing body, requests from Cleric permission to initiate a criminal record check which needs to be completed before visitation is allowed. If the Cleric or Church Professional refuses, Chaplain will recommend to Treatment Team that no visit be allowed.

C.      Consults with Treatment Team and Social Worker to determine the appropriateness of approving or denying the patient's/resident's requests.

D.      Documents the religious appropriateness and informs the patient/resident of any necessary modifications for the visit to take place.

E.      Keeps a current list of Clergy that have completed the vetting process.

## III.   Action by Treatment Team:

A.      Makes decision to approve/deny patient's request after consultation with Chaplain.

B.      Informs patient/resident with Chaplain present if his or her request has been approved or denied. If request is denied, provides explanation to patient/resident.

C.      Documents reason for approval or denial in Progress Note (CPR-45).

## IV.   Action by Social Worker or SPTP – Primary Treatment Facilitator:

A.      Vetting completed and the Cleric or Church Professional is in good standing, the Social Worker or SPTP – Primary Treatment Facilitator work with the patient/resident to make plans for the visit in accordance with the particular program's policy for visitation.

**FORM REFERENCED:**
CPR-45          Progress Note

APPROVED BY:   _____ *Original Signature on File* _____
                                LESIA DIPMAN, Superintendent

PPR:    Chaplain
KS
New: 03/14
Revised: 01/18; 12/20

**LARNED**
**STATE**                                    **PATIENT**
**HOSPITAL**              **POLICY AND PROCEDURE MANUAL**

**EFFECTIVE:** January 03, 2018                               **POLICY NO.:** P9-03

**SUBJECT:** Vetting Clergy and Church
Professionals for Visitation

### PURPOSE

To identify and screen Ministers of Religion, Licensed or Lay Pastors, Elders, Deacons, and Lay Leaders calling on Larned State Hospital (LSH) patients and residents in an official capacity for a religious or spiritual body or group.

### DEFINITION OF VETTING

Vetting is a thorough and diligent review of Ministers of Religion, Licensed or Lay Pastors, Elders, Deacons, and Lay Leaders of any religious or spiritual body to assure that they are in "good standing" with their denomination or church/group for the security and safety of patients and residents during their stay at LSH.

### POLICY

All Ministers of Religion, Licensed Pastors, Elders, Deacons, Lay Leaders, Deacon or Elders will be vetted before calling on residents and patients at LSH by the LSH Clinical Chaplain or designee to assure that they are in "good standing" with their denomination or local body.

### PROCEDURE

**Participating members include:**      Licensed Nursing Staff
Chaplain
Treatment Team
Social Worker or SPTP - Primary Treatment Facilitator

**I.     Action by Licensed Nursing Staff or a member of Treatment Team.**

A.     Receives request from patient for a Clergy visit for religious and/or spiritual reason.

B.     Notifies Chaplain of request via e-mail or phone call.

**II.     Action by Chaplain**

A.     Confers with patient to receive information about the visit and directions on how to contact the Clergyperson.

     B.     Contacts the overseeing body of patient's/resident's Minister, Priest, Rabbi, etc., to confirm that the Cleric is in "good standing" with their denomination, church, or overseeing body. If there is no overseeing body, requests from Cleric permission to initiate a criminal record check which needs to be completed before visitation is allowed. If the Cleric or Church Professional refuses, Chaplain will recommend to Treatment Team that no visit be allowed.

     C.     Consults with Treatment Team and Social Worker to determine the appropriateness of approving or denying the patient's requests.

     D.     Documents the religious appropriateness and informs the patient of any necessary modifications for the visit to take place.

     E.     Keeps a current list of pastors that have completed the vetting process.

**III.    Action by Treatment Team:**

     A.     Makes decision to approve/deny patient's request after consultation with Chaplain.

     B.     Informs patient with Chaplain present if his or her request has been approved or denied. If request is denied, provides explanation to patient.

     C.     Documents reason for approval or denial in Progress Note (CPR-45).

**IV.    Action by Social Worker or SPTP – Primary Treatment Facilitator:**

     A.     Vetting completed and the Cleric or Church Professional is in good standing, the Social Worker or SPTP – Primary Treatment Facilitator work with the patient/resident to make plans for the visit in accordance with the particular program's policy for visitation.

FORM REFERENCED:
CPR-45          Progress Note

APPROVED BY:     *Original Signature on File*
                               WILLIAM C. REIN, Superintendent

PPR:    Chaplain
km
New: 03/14
Revised: 01/18