## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **EUGENE K. MALLARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case. No. 22-4053-EFM-KGG** |
| | ) |
| **LAURA HOWARD, *et al.*,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DECLARATION OF LINDA KIDD

I, Linda Kidd, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have been the program leader for the Sexual Predator Treatment Program (SPTP) at Larned State Hospital (LSH) since about 2015.

2. As the SPTP program leader, I report to the administrative program director for SPTP.

3. LSH has three distinct hospital programs: the Psychiatric Services Program (PSP), the State Security (Hospital) Program (SSP), and the Sexual Predator Treatment Program (SPTP).

4. As the SPTP program leader, my duties include supervising transport staff and the transport schedule. I review incoming media, including movies, books, and music, to ensure they meet policy requirements and do not pose a safety and security risk.

(Residents have TV's in their rooms.) I also facilitate class work for developmentally disabled residents.

5.  Transport staff, also known as escort staff or transportation staff, supervise and implement the secure transfer of residents to medical appointments, call-outs, visitations, and to new units. Transport staff also have training as mental health developmental disability technicians (MHDD's), a nursing role. MHDD's perform medical supervision of residents and facilitate the basic operations of the facility, including delivering food to residents.

6.  Separate from my review of incoming media, therapists review incoming media to determine if it is contraindicated to residents' treatment.

7.  Until October 2022, I also supervised property staff.

8.  Property staff screen and deliver mail and packages. They also move property to new locations when a resident is transferred from one location to another and the resident's property needs to be transferred to that new location.

**Medical Appointments**

9.  When a resident needs to go to a medical appointment, two or three transport staff are needed to transport the resident safely and securely.

**Religious Call-Outs**

10. Organized groups for SPTP residents and their group activities are colloquially referred to as "call-outs."

11. Religious groups for SPTP residents and their group activities are colloquially referred to as "religious call-outs."

*Schedule*

12. Since late March 2022, I have assisted the chaplain in putting together the call-out schedules for both religious and non-religious call-outs. I also send the schedules out to relevant staff members by email.

13. Putting the call-out schedule together takes about thirty minutes to an hour each week.

14. Currently religious call-outs can meet for one or two hours a week for weekly religious gatherings. Some religious call-outs, such as Native American call-outs, meet for two hours at once. Other religious call-outs meet for two separate one-hour sessions. Others meet for a single one-hour session.

15. Some religious call-outs, including Native American call-outs, also meet daily for smudging for about twenty minutes each day, unless the call-out already has another gathering that day.

16. The Native American call-outs additionally meet for sweat lodge ceremonies for four hours once a month, which occurs in place of their weekly gathering for that week.

17. Native American call-outs also occasionally meet for passing ceremonies and healing ceremonies, which have been permitted during daily smudging times or sometimes as separate ceremonies during the week. Currently, they occur during daily smudging sessions, with the time for those sessions extended as needed.

*Staffing*

18. SPTP policy sets the number of staff required for supervision of residents. The policy is primarily a product of LSH's nursing department's determination of the staff

needed to safely monitor, provide care for, and treat residents, and to also maintain security and order. The fact that SPTP residents have been found to be violent sexual offenders in need of involuntary inpatient treatment is part of the staffing calculus.

19. Under the SPTP policy, the number of staff necessary to supervise a call-out depends on the number of residents participating. The base requirement is 2 staff (MHDD's or transport staff) for supervision, with 3 or more staff required to supervise groups larger than 15.

20. Regardless of the staff supervising the call-out, 2 or 3 transport staff are needed to securely transport residents to and from the call-out.

21. In addition, when a shovel or rake are going to be used during a call-out, one of the staff members must be specifically trained in religious yards and tool control and must be present at all times.

22. The number of MHDD's required to supervise residents who do not attend the call-out varies by resident unit and current conditions and is determined by nursing staff.

23. During times of low staffing, staff from other departments, such as transport staff or even management, have supervised religious call-outs although it was not one of their positions' regular duties to ensure that religious call-outs occurred.

24. There have been times when there has not been enough staff to permit religious call-outs to meet. This happened (1) when insufficient staff was available to both supervise religious call-outs and supervise residents not at the religious call-outs **and** (2) when alternative staffing was not available, whether from other departments or from contract agencies.

4

25. Weekday schedules are generally filled with meal times, medication runs, treatment sessions, and medical appointments. For this reason, religious call-outs and visitations generally occur on weekends, although some treatment sessions and medical appointments also occur on weekends.

26. Based on current staffing levels, increasing the time for religious call-outs would necessarily reduce time for treatment sessions or medical appointments.

*Visitation*

27. Visitations provide an opportunity for guests to meet with residents.

28. Visitations can take the form of an in-person visitation or a skype visitation. Both types of visitation require transport staff to transport the resident to the designated secure visitation location.

29. If not enough transport staff are available for both religious call-outs and visitation on a weekend day, the religious call-outs generally would not be cancelled. The religious call-outs may be moved to another day or, more rarely, the call-outs may be shortened from an hour to forty-five minutes.

30. Visitation is available one weekend day a week in two separate sessions of two hours each. Visitation is allowed each weekend if residents request it but does not occur every week because it is not requested every week.

31. While COVID-19 pandemic procedures were in place, SPTP limited the amount and length of visitations. For example, in the fall of 2022, SPTP allowed only two visitors total for all of SPTP per week and allowed only two hours for each visitor.

*Location*

32. Some religious call-outs meet indoors in a chapel, a theater room, or another meeting room.

33. What are referred to as "nature-based religious call-outs," including Native American call-outs, generally meet outside in different parts of an assembly yard (also known as a religious yard) or in a "mod yard."

34. The mod yards are more secure than the assembly yards because mod yards either have better fencing or are contained within a walled, enclosed courtyard.

35. The SPTP program at LSH houses residents in three separate buildings: Dillon, Jung, and Isaac Ray. Different buildings have their own assembly yard and mod yard. (For Jung and Isaac Ray, the assembly yard and mod yard are one and the same.)

36. If any resident in a religious call-out is classified as a "security risk status" – which means a heightened risk of potential elopement (escape) or aggressive behavior – then the religious call-out's outdoor gatherings, if any, must meet in the mod yard for that building.

37. Resident Eugene K. Mallard was on security risk status from May 2022 to March 2023.

*Assembly Yard*

38. At Dillon, to avoid any concerns that residents may have that staff walking on their religious grounds may spiritually contaminate those grounds, transport staff use a narrow strip of land by the fence around the assembly yard to supervise religious call-outs without walking on the religious grounds.

6

39. In September 2022, I participated in meetings regarding the issue of how to clean up the Dillon assembly yard. My involvement was limited to handling scheduling issues and answering questions about scheduling issues.

*Weather*

40. Sometimes call-outs are moved inside due to extreme weather conditions in accordance with policies followed by LSH, including LSH policy P8-11: Yard Access and Closures and LSH policy P8-04: Severe Weather Procedure/Safety of Patients.

41. Prior to December 14, 2022, these decisions were also based on SPTP policy 9.4: Extreme Temperatures. SPTP policy 9.4 has been superseded by LSH policies P8-11 and P8-04.

42. All versions of policy P8-11 in effect since January 2020 are attached as Exhibit 2.

43. All versions of policy P8-04 in effect since January 2020 are attached as Exhibit 3.

44. All versions of SPTP policy 9.4 in effect since January 2020 through its cancellation on December 14, 2022, have been attached as Exhibit 4.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7 , 2023.

_____
Linda Kidd
SPTP Program Leader, Larned State Hospital
Kansas Department for Aging and Disability Services

**EXHIBIT 1**

| | |
|---|---|
| **LARNED STATE HOSPITAL** | **PATIENT POLICY AND PROCEDURE MANUAL** |

**EFFECTIVE:** December 14, 2022                    **POLICY NO.:** P8-11

**SUBJECT:** Yard Access and Closures

## PURPOSE

To ensure patients/residents have access to outside yards at Larned State Hospital and to outline conditions/situations and processes for yard closure.

## POLICY

**Definitions:**

**Heat Index:**     A measure indicating how hot it really feels when relative humidity is factored in the actual air temperature.

**Red Flag Warning:**     An increased risk of fire danger due to the combination of warm temperatures, very low humidity and stronger winds.

**Wind Chill:**     What the air temperature feels like to the human skin due to the combination of cold temperatures and winds blowing on exposed skin.

### Yard Access

Larned State Hospital offers access to the outdoors for patients and residents on a daily basis; however, there may be times when compelling governmental interest require the hospital to restrict outdoor access due to extreme temperatures, high wind, other weather conditions, or during a bona fide emergency in order to maintain control, safety and/or security of patients/residents, staff, and the facility.

Medical Staff may identify specific residents/patients as being more medically vulnerable to extreme temperatures and weather conditions than other patients. Patients who have been identified as medically vulnerable to extreme temperatures and weather conditions may be restricted, via a physician's order, from participation in outdoor activities and/or general access to the outdoors while such conditions exist.

Insect repellent, sunscreen, and state issued coats and stocking caps are available for patient/resident use and should be used with supervision. Coats, jackets, and headwear will be stored when not in use for yard.

If the temperature or heat index is higher than 95°F, patients/residents are to have access to fluids (e.g. water) for hydration at all times.

### Yard Closures

During the following weather condition(s)/situation(s), all yards will be closed and an announcement will be made by Safety and Security, across LSH campus advising that all yards are closed:

- Temperature and/or Wind Chill fall below 10 degrees (Fahrenheit).
- A Heat Index higher than 110°F.
- High winds with gusts exceeding 40 miles per hour.
- When a Winter Weather advisory or Dense Fog advisory is in effect.
- When the National Weather Service issues any Weather Warning.

- During an active thunderstorm with lightening.
- During tornado yellow alert, red alert, or other type of bona fide emergency.

If the yards are closed, they will remain closed until the condition/situation has passed; however, weather conditions will be assessed at least every 2 hours by the Senior Ranking Officer/Designee to determine if the yard(s) can re-open.  The National Weather Service will be used for this assessment.

Outside of the conditions/situations listed above, there may be times when yards must be closed to maintain safety and/or security of the facility, staff, patients, and residents. In those situations, yards will be closed only at the direction of the Superintendent/Designee, Assistant Superintendent, Administrative Program Director/Designee, Chief of Safety and Security/Designee or Senior Ranking Safety and Security Officer on campus during any emergency situation.

### Red Flag Warning(s)

There are times that Red Flag Warnings are issued by the National Weather Service for Pawnee County when conditions are at extreme risk for fire. If that occurs, any activity, which produces a flame or fire, including but not limited to barbeques, Activity Therapy activities, and religious callouts will not be allowed.

If an event/activity is scheduled for an upcoming day when the National Weather Service has forecasted a Red Flag Warning for Pawnee County or an event/activity is cancelled due to the yard being closed because of a Red Flag Warning, attempts will be made to reschedule the event/activity after the Red Flag Warning, if time and resources allow and will not conflict with programming.

### Burn Bans

LSH will follow local Burn Bans as outlined by the Pawnee County Commissioners.  If a Burn Ban is in place for Pawnee County, the LSH Safety Officer will email LSH campus that a Pawnee County Burn Ban has been put in place and will email LSH campus staff when the Burn Ban is lifted.

If a Burn Ban is in place in Pawnee County or if conditions are determined by the Chief of Safety and Security, LSH Safety Officer, Superintendent, or the Assistant Superintendent for Campus Security and Safety to deem it necessary, the following procedures will be put in place to mitigate the risk of fire:

1. A bucket of water and a bucket of sand will be taken to the outdoor area(s) to extinguish items.
2. Safety and Security Department will water the ground overnight and while yards are closed, prior to events such as outside smudging, use of religious pipes, or use of barbeque grills.
3. A garden hose will be hooked up to a water source in the yard(s) (with staff stationed to monitor the hose(s) during the event/activity), and the garden hose put away in the assigned locked location after the event/activity.
4. If available, cement courtyards will be used for events/activities during a burn ban.
5. No open flamed activities, open burning, or event/activity involving an open fire will be allowed on LSH campus. This does not prohibit smudging and use of pipes as part of a religious callout.

*Note: The Wind Chill Chart for the National Weather Service included in this policy.*

REFERENCES:
Kansas Statute 48-932
KDHE Regulations: K.A.R. 28-19-648
National Weather Service Wind Chill Chart

APPROVED BY:    *Original signature on file*
                Lesia Dipman, Superintendent


PPR:   Environmental Safety Officer
ka
New: 04/15
Rev: 05/18; 12/22



# Wind Chill Chart



| Temperature (°F) |
|---|

| Wind (mph) | Calm | 40 | 35 | 30 | 25 | 20 | 15 | 10 | 5 | 0 | -5 | -10 | -15 | -20 | -25 | -30 | -35 | -40 | -45 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 36 | 31 | 25 | 19 | 13 | 7 | 1 | -5 | -11 | -16 | -22 | -28 | -34 | -40 | -46 | -52 | -57 | -63 |
| | 10 | 34 | 27 | 21 | 15 | 9 | 3 | -4 | -10 | -16 | -22 | -28 | -35 | -41 | -47 | -53 | -59 | -66 | -72 |
| | 15 | 32 | 25 | 19 | 13 | 6 | 0 | -7 | -13 | -19 | -26 | -32 | -39 | -45 | -51 | -58 | -64 | -71 | -77 |
| | 20 | 30 | 24 | 17 | 11 | 4 | -2 | -9 | -15 | -22 | -29 | -35 | -42 | -48 | -55 | -61 | -68 | -74 | -81 |
| | 25 | 29 | 23 | 16 | 9 | 3 | -4 | -11 | -17 | -24 | -31 | -37 | -44 | -51 | -58 | -64 | -71 | -78 | -84 |
| | 30 | 28 | 22 | 15 | 8 | 1 | -5 | -12 | -19 | -26 | -33 | -39 | -46 | -53 | -60 | -67 | -73 | -80 | -87 |
| | 35 | 28 | 21 | 14 | 7 | 0 | -7 | -14 | -21 | -27 | -34 | -41 | -48 | -55 | -62 | -69 | -76 | -82 | -89 |
| | 40 | 27 | 20 | 13 | 6 | -1 | -8 | -15 | -22 | -29 | -36 | -43 | -50 | -57 | -64 | -71 | -78 | -84 | -91 |
| | 45 | 26 | 19 | 12 | 5 | -2 | -9 | -16 | -23 | -30 | -37 | -44 | -51 | -58 | -65 | -72 | -79 | -86 | -93 |
| | 50 | 26 | 19 | 12 | 4 | -3 | -10 | -17 | -24 | -31 | -38 | -45 | -52 | -60 | -67 | -74 | -81 | -88 | -95 |
| | 55 | 25 | 18 | 11 | 4 | -3 | -11 | -18 | -25 | -32 | -39 | -46 | -54 | -61 | -68 | -75 | -82 | -89 | -97 |
| | 60 | 25 | 17 | 10 | 3 | -4 | -11 | -19 | -26 | -33 | -40 | -48 | -55 | -62 | -69 | -76 | -84 | -91 | -98 |

**Frostbite Times**     30 minutes     10 minutes     5 minutes

**Wind Chill (°F) = 35.74 + 0.6215T - 35.75(V$^{0.16}$) + 0.4275T(V$^{0.16}$)**
**Where, T= Air Temperature (°F)  V= Wind Speed (mph)**                    *Effective 11/01/01*

**LARNED**
**STATE**                          **PATIENT**
**HOSPITAL**            **POLICY AND PROCEDURE MANUAL**

**EFFECTIVE:** May 22, 2018                          **POLICY NO.:** P8-11

**SUBJECT:** Patient Safety in Extreme Temperatures
And Weather Conditions

## PURPOSE

To ensure patient safety in extreme temperatures and weather conditions.

## POLICY

Larned State Hospital offers access to the outdoors during which extreme temperatures and weather conditions may present a health risk for patients. There may be times when the hospital restricts outdoor access due to extreme temperatures and weather conditions to help ensure patient safety.

## PROCEDURE

Patients *may* be restricted from spending time outside in extreme temperatures or weather conditions. As a general guideline, this would include but is not limited to, conditions such as the following:

- Temperatures lower than 30 degrees Fahrenheit (°F)
- Wind Chill Factor lower than 30°F
- Temperatures higher than 100°F
- A Heat Index higher than 110°F
- High winds exceeding fifty miles per hour that could produce flying debris
- During yellow alert, red alert, or other types of bona fide emergency

If the temperature is higher than 100°F or there is a Heat Index higher than 110°F, patients shall not be allowed outside for longer than one hour. In addition, they must have access to fluids (e.g. water) for hydration at all times. *Please review charts on page two of policy to determine heat index and wind chill factor.*

Medical Staff may identify specific patients as being more medically vulnerable to extreme temperatures and weather conditions than other patients. Patients who have been identified as medically vulnerable to extreme temperatures and weather conditions may be restricted, via a physician's order, from participation in outdoor activities and/or general access to the outdoors while such conditions exist.

Unit and Shift Leader(s) are to use sound, professional judgment when determining whether or not patients are permitted outdoors (e.g. during summer months patients should be protected from insect bites and sunburn, while during winter months patients should be protected from environmental hazards such as slick sidewalks and/or other unsafe environmental conditions).


APPROVED BY:   ___*Original Signature on File*_____
                            WILLIAM C. REIN, Superintendent


PPR:   Environmental Safety Officer

ks
New: 04/15
Rev: 05/18



**Likelihood of Heat Disorders with Prolonged Exposure or Strenuous Activity**

■ Caution   ■ Extreme Caution   ■ Danger   ■ Extreme Danger

### Wind Chill Factor

| Wind Speed (mph) | Actual Air Temperature °F | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 40° | 30° | 20° | 10° | 0° | -10° | -20° | -30° | -40° |
| 10 | 34 | 21 | 9 | -4 | -16 | -28 | -41 | -53 | -66 |
| 20 | 30 | 17 | 4 | -9 | -22 | -35 | -48 | -61 | -74 |
| 30 | 28 | 15 | 1 | -12 | -26 | -39 | -53 | -67 | -80 |
| 40 | 27 | 13 | -1 | -15 | -29 | -43 | -57 | -71 | -84 |
| 50 | 26 | 12 | -3 | -17 | -31 | -45 | -60 | -74 | -88 |
| 60 | 25 | 10 | -4 | -19 | -33 | -48 | -62 | -76 | -91 |

**Frostbite times:**

30 minutes   10 minutes   5 minutes

**EXHIBIT 2**

| LARNED | |
|---|---|
| STATE | **PATIENT** |
| HOSPITAL | **POLICY AND PROCEDURE MANUAL** |

**EFFECTIVE:** May 22, 2018                                            **POLICY NO.: P8-04**

**SUBJECT:** Severe Weather Procedure/Safety of Patients

### PURPOSE

To establish procedures for Larned State Hospital (LSH) Employees in the event of severe weather.

### POLICY

Severe weather announcement will be broadcasted as **YELLOW ALERT**, **RED ALERT**, and **ALL CLEAR** by way of groundswide public address system; LSH radio channels 1, 3, 5, and 7; and by telephone as applicable.

**YELLOW ALERT:**
**Public Address Announcement and Radio Announcement.**
Yellow Alert signifies the need to **prepare** to go into the shelter areas. The announcement indicates that emergency conditions (weather conditions, threats, internal or external disaster) may necessitate precautions. All yard activities shall be terminated during weather alerts. This also includes religious yard activities.

**Procedures:**
- Locate all patients. Area Supervisors will inform home unit of each patient's location.

- Restrict patient movement between buildings until ALL CLEAR is declared.

- Gather blankets, pillows, LSH radios, and flashlights, as they will be beneficial for patient care and comfort in the shelter area.

- Make sure that all patients are wearing shoes or have them readily available.

- If applicable shut doors and windows as time allows.

  *If unsure of your designated tornado shelter location, refer to Tornado Shelters-Signs of an Approaching Tornado, located under Emergency Information found on LSH Intranet or on the fire evacuation building posters.*

**RED ALERT:**
**Electric Siren Signal or Safety/Security Vehicle Siren Signal (undulating).**
A Red Alert public address announcement and radio announcement signifies that emergency conditions exist (weather conditions, threats, internal or external disasters) in the immediate vicinity, and that all staff, patients, and visitors **need to proceed to shelter areas immediately**!

All staff, patients, and visitors will **remain in tornado shelter areas** until the **ALL CLEAR** is announced by the public address system, telephone, and radio. All religious activities must comply immediately with red alert emergency procedures.

**Procedures:**

- All building occupants proceed to designated tornado shelter locations.

- Staff shall bring either LSH radio or state-issue cell phone if available. On nonpatient areas where LSH Administrative Policy and Procedure AD-4.0 "Personal Communication Devices" allows personal cell phones usage, device may be taken to tornado shelter providing no patients are in the shelter.

- Once at tornado shelter location, conduct count of all patients, staff, and visitors.

- Safety/Security department shall be notified of staff, patients, and visitor counts, as well as locations. Information shall be recorded by the Safety/Security Department in the event building(s) experience structural damage. On Isaac Ray building, Control Center will call for occupant count; all other buildings either call building Control Center or LSH Fire Station (4490) with count.

==ALL CLEAR:==

An announcement will advise that those <u>conditions</u> creating the emergency <u>have diminished</u>. The message will be broadcasted via public address system announcement and radio announcement, on radio channels 1, 3, 5, and 7.

1. Nursing Staff will immediately ensure accountability of all patients on and off the unit.

2. Immediate attention will be given to any medical conditions or emergencies that arise during the event.

3. Additional instructions, if needed, will be transmitted at this time.

4. Staff, patients, and visitors shall resume normal operations.

## Patients refusing to cooperate during weather emergencies

Please remember that all emergencies are unique, and it is impossible to anticipate all issues that may arise in an emergency. These are written guidelines; however; all procedures may or may not apply to the actual event. Staffing levels may affect response procedures; however, life safety is always top priority in any emergency scenario. It is recommended during red alerts when patients are an elopement risk, taken out of seclusion, or demonstrating defiance, that staff member(s) be assigned to stay with said patients during the weather emergency.

*NOTE: LSH will only use physical assistance during an actual emergency and will not use physical assistance during drills. If the patient is physically assisted, the event is handled within the hospital procedures outlined for manual restraint and documented as such.*

**Isaac Ray Procedures:**

Due to building construction, patients on the Isaac Ray building who may potentially become a behavior problem or refusing to follow verbal requests, can stay inside their rooms or seclusion room during RED alerts. Patients should be told to get on the floor under their bed and place a mattress over them. If additional assistance is needed, follow Isaac Ray trouble call procedures. *NOTE: Patients on the Isaac Ray building stay in their rooms on the 11-7 shift as their designated tornado shelter.*

**ATC Procedures:**

All staff, patients, and visitors need to use designated tornado shelters. Not using these designed tornado shelters will put occupants in danger. Requesting help immediately from all staff on building or from the LSH Safety/Security Department is recommended for patients who refuse to evacuate to the tornado shelter. Noncompliance during the weather emergency will result in staff physically assisting patient to the appropriate safe area.

**Dillon and Jung Procedures:**

Dillon and Jung residents who are on escape precautions or have behavioral issues should be assigned a staff member(s) during a RED alert. During programming hours, Treatment Team staff will respond to units to assist with program needs. All patients need to evacuate to designated tornado shelters. In the event a Dillon or Jung resident refuses to evacuate, utilize personnel on the building or notify LSH Safety/Security officers for assistance.

APPROVED BY:    *Original Signature on File*
                              WILLIAM C. REIN, Superintendent

PPR:   Environmental Safety Officer
ks
New:  08/11
Rev: 11/14; 03/15; 05/18

| **LARNED** | **SEXUAL PREDATOR TREATMENT PROGRAM** | |
| **STATE** | **POLICY AND PROCEDURE MANUAL** | |
| **HOSPITAL** | | |

**EFFECTIVE:** December 14, 2022        **POLICY NO.: 9.4**

**SUBJECT: Extreme Temperatures**

## **\*\*CANCELLATION\*\***

**9.4 Extreme Temperatures** has been cancelled.

APPROVED BY: _____

Gabriel Rop, MHP SPTP Administrative Program Director

Rev: Supersedes: 06/11, 10/11,

**LARNED**
**STATE**            **SEXUAL PREDATOR TREATMENT PROGRAM**
**HOSPITAL**               **POLICY AND PROCEDURE MANUAL**

**EFFECTIVE:** April 9, 2020                                    **POLICY NO.:** 9.4

**SUBJECT:** Extreme Temperatures

## PURPOSE

To establish basic guidelines for staff taking residents outside during extreme temperatures.

## POLICY

SPTP shall establish procedures to ensure the safety of residents during extreme temperatures throughout the changing seasons. Supervisors, Shift Leaders, and Activity Therapy staff are to use good judgment when determining if residents are permitted out of doors. During summer months, residents must wear appropriate clothing, be encouraged to use sun screen, and be protected from biting insects. During winter months, patients must be protected from environmental hazards (e.g. slick sidewalks, other unsafe environmental conditions), and must be dressed appropriately for the weather outside (e.g. coats, hats).

## PROCEDURE

**The following can be used as a guideline:**

Residents are permitted outside if the temperature and/or wind chill is above 20°. If the temperature and/or wind chill, is below 20° and above 0°, the residents will be allowed to go outside for no longer than 15 minutes at a time. Doors will be opened at the beginning of each hour for 15 minutes and closed at fifteen past the hour (e.g. open doors at 3pm, close area at 3:15 p.m.). If at any time the temperature and/or wind chill is below 0°, no resident will be permitted outdoors with the exception of briefly walking between buildings. If the temperature is over 100° residents shall not be allowed outdoors for longer than an hour. However, while outside, water will be available at anytime for the residents and will be offered by staff every 30 minutes regardless.

**For outside Religious Ceremonies:**

Residents will be allowed time allotted by guidelines, or approved request forms from the Spiritual Religious Council, to complete their religious observances with no temperature restrictions.

During times of severe winter weather (e.g. blizzards, ice storms), on the weekly call-out date, with agreement from the assembled religious group, the event will be rescheduled for the earliest possible time. When possible and given space inside the Dillon Building is available, participants will be allowed to celebrate their religious ceremony or feast in that given space.

Rev.: 01/11, 01/13

During times of extreme heat, the Native American Sweat Lodge participants will still be allowed to sweat.  Every participant can hydrate themselves at any given time based on their needs.  However, hydration will be offered every 30 minutes, regardless if participants ask for hydration or not.

## REFERENCES

Staff will use the following weather websites for assessing temperature and wind chill as stated above. These websites are available via the Larned State Hospital intranet homepage.

www.weather.com

www.nws.noaa.gov

APPROVED BY: _____

Tonya Taylor, LSCSW, LMAC SPTP Administrative Program Director

Rev.: 01/11, 01/13

| Sexual Predator Treatment Program |
|---|
| Policy and Procedure Manual |

| Policy No.: **9.4** | Date: **January 2013** |
|---|---|
| | Supersedes: 01/11 |
| Subject:  **Extreme Temperatures** | |

## PURPOSE

To establish basic guidelines for staff taking residents outside during extreme temperatures.

## POLICY

SPTP shall establish procedures to ensure the safety of residents during extreme temperatures throughout the changing seasons.  Supervisors, Shift Leaders, and Activity Therapy staff are to use good judgment when determining if residents are permitted out of doors. During summer months, residents must wear appropriate clothing, be encouraged to use sun screen, and be protected from biting insects. During winter months, patients must be protected from environmental hazards (e.g. slick sidewalks, other unsafe environmental conditions), and must be dressed appropriately for the weather outside (e.g. coats, hats).

## PROCEDURE

**The following can be used as a guideline:**

Residents are permitted outside if the temperature and/or wind chill is above 20.° If the temperature and/or wind chill, is below 20° and above 0°, the residents will be allowed to go outside for no longer than 15 minutes at a time.  Doors will be opened at the beginning of each hour for 15 minutes and closed at fifteen past the hour (e.g. open doors at 3pm, close area at 3:15 p.m.). If at any time the temperature and/or wind chill is below 0°, no resident will be permitted outdoors with the exception of briefly walking between buildings.  If the temperature is over 100° residents shall not be allowed outdoors for longer than an hour. However, while outside, water will be available at anytime for the residents and will be offered by staff every 30 minutes regardless.

**For outside Religious Ceremonies:**

Residents will be allowed time allotted by guidelines, or approved request forms from the Spiritual Religious Council, to complete their religious observances with no temperature restrictions.

During times of severe winter weather (e.g. blizzards, ice storms), on the weekly call-out date, with agreement from the assembled religious group, the event will be rescheduled for the earliest possible time.  When possible and given space inside the Dillon Building is available, participants will be allowed to celebrate their religious ceremony or feast in that given space.

During times of extreme heat, the Native American Sweat Lodge participants will still be allowed to sweat.  Every participant can hydrate themselves at any given time based on their needs.  However, hydration will be offered every 30 minutes, regardless if participants ask for hydration or not.

### REFERENCES

Staff will use the following weather websites for assessing temperature and wind chill as stated above. These websites are available via the Larned State Hospital intranet homepage.

www.weather.com

www.nws.noaa.gov


  Original signature on file                                    1/22/2013

Clifford Voelker, M.S., Administrative Program Director                Date