IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EUGENE K. MALLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case. No. 22-4053-EFM-KGG |
| ) | |
| LAURA HOWARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF KERI APPLEQUIST

I, Keri Applequist, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have been the assistant clinical director for the Sexual Predator Treatment Program (SPTP) at Larned State Hospital (LSH) since March 2016.

2. From April 2022 to February 2023, I was also the acting clinical (program) director for SPTP at LSH. During that period, I held both positions, so I was both the acting and assistant clinical director for SPTP.

3. The assistant clinical director for SPTP reports to the clinical program director for SPTP, who in turn reports to the superintendent of LSH.

4. I am a licensed clinical psychotherapist. I have a master's degree in clinical psychology and can practice without supervision.

5. LSH has three distinct hospital programs: the Psychiatric Services Program (PSP), the State Security (Hospital) Program (SSP), and the Sexual Predator Treatment Program (SPTP).

6. As assistant clinical director for SPTP, my duties include supervising treatment staff, therapists, psychoeducation staff, outing staff, and vocational training program staff. I am on the progress review panel that reviews treatment progress for SPTP residents, and I help with annual review hearings. I oversee the rights restrictions review process for therapeutically contraindicated rights restrictions. I attend SPTP leadership meetings and LSH leadership meetings.

7. Psychoeducation staff conduct group classes as part of the residents' treatment.

8. Outing staff escorts residents who have reached Tier Two of treatment on structured community outings to develop important skills necessary to safely return to society.

9. The vocational training program provides training classes and paid jobs, including jobs involving cleaning, woodworking, or painting.

10. While acting clinical director for SPTP, I also supervised leisure activity therapy staff and social workers.

11. Leisure activity therapy staff conduct leisure activities for residents.

12. "Activity therapy staff" includes leisure activity therapy staff, outing staff, and vocational training program staff.

13. While acting clinical director for SPTP, I also supervised the chaplain, although minimally and only in an administrative manner. The chaplain is now supervised by the assistant superintendent.

### Religious Policies

14. While acting clinical director for SPTP, I attended meetings with LSH and SPTP leadership to discuss potential revisions to LSH's religious policies.

### Staffing Issues

15. When the COVID-19 pandemic first hit Kansas in March 2020, many LSH staff members walked away, which lowered staffing levels at LSH.

16. Due to low staffing, many staff had to cover positions outside their normal work duties. Therapists even had to work floors as mental health developmental disability technicians (MHDD's), a nursing role. MHDD's perform medical supervision of residents and facilitate the basic operations of the facility, including delivering food to residents.

### Religious Call-Outs

17. Organized groups for SPTP residents and their group activities are colloquially referred to as "call-outs."

18. Religious groups for SPTP residents and their group activities are colloquially referred to as "religious call-outs."

19. Normally, religious call-outs are supervised by two or three MHDD's (or transport staff, who are also trained as MHDD's), and residents are transported to and from religious call-outs by transport staff.

20. In January 2022 and February 2022, due to low staffing levels, staff under my supervision as well as myself had to help transport and supervise residents for religious call-outs, which falls outside of our normal duties. Therapists, psychoeducation staff, activity therapy staff, and I helped with religious call-outs during this time period. I personally helped transport and supervise residents for religious call-outs, specifically the Druids and Asatru religious call-outs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2023.

Keri Applequist, LCP
Assistant Clinical Director for SPTP
Larned State Hospital
Kansas Department for Aging and Disability Services

4

# Sexual Predator Treatment Program

2021-07-034

# MEMO

To: SPTP Residents and Staff

From: Tonya Taylor, SPTP Administrative Program Director

Date: 7/2/2021

Re: Important Updates

---

Callouts are suspended for this weekend on all three buildings. This will be reassessed next week.

Fresh air breaks on Dillon will be separated out by unit and only one unit at a time. IR South and Jung will do fresh air breaks as they normally would (Jung building residents can combine units for fresh air breaks in the Jung interior courtyard). SRS residents will still do breaks separately from non-SRS residents.

Visitation (Skype/Zoom or in person) is occurring as scheduled.

VTP workers will resume work as of Sunday morning.

Mail and package delivery will resume as normal on Tuesday.

Visiting units (Purple Badge privilege) is suspended for all units/buildings at this time. It will be reassessed next week.

Tier 2 outings will occur normally and as scheduled as of Tuesday.

*[signature]*

Tonya Taylor, SPTP Administrative Program Director

## Sexual Predator Treatment Program

2021-06-036

# MEMO

To: SPTP Residents and Staff

From: Tonya Taylor, SPTP Administrative Program Director

Date: 7/09/2021

Re: Callout and Fresh Air Break Schedule for This Weekend

---

Please see changes below:

**Saturday:**
800-900 – Red Wolf and Grey Wolf-IR
0930-1030 – Red Wolf and Grey Wolf – Dillon
0930-1000- SRS Breaks-Jung
1100-1200 – Fresh Air Breaks – Jung
1300-1400- Fresh Air Breaks-Dillon
1400-1430- SRS Breaks-Dillon
1430-1530- Wiccan-Dillon
1530-1630 – Asatru/Druids/Temple of Taberah - Dillon

**Sunday:**
0800-0900 – Red Wolf and Grey Wolf/Independents – Jung
0800-0900 – SRS Breaks – Jung
0900-1000 – Fresh Air Breaks/Flower Watering Interior Courtyard – Jung
1030-1130 - SRS Breaks-Dillon
1100-1200 - Fresh Air Breaks-Dillon
1300-1400 - Jehovah's Witness/ Islamic Prayer/Catholic - Dillon
1400-1500 - Church of the Redeemed/Apostolic/Jewish-Dillon
1530-1630 – Asatru/Druids – Jung
1530-1630 – Jehovah's Witness/Church of the Redeemed - Jung

*[signature]*

Tonya Taylor, SPTP Administrative Program Director