## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **EUGENE K. MALLARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 22-4053-EFM |
| | ) |
| **LAURA HOWARD,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2023, copies of Documents 27 through 29 were served by means of FedEx overnight shipping, postage prepaid, addressed to:

Eugene K. Mallard
1301 KS Highway 264
Larned, KS 67550-5353
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General