IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EUGENE K. MALLARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAURA HOWARD, *et al.*, )<br>)<br>Defendants. )<br>) | Case. No. 22-4053-EFM |

**NOTICE OF AMENDED DECLARATIONS**

Defendants Laura Howard and Gabriel Rop ("Defendants") respectfully notify the court and the parties of the attached amended declarations from Jeff Brown and Linda Kidd. The changes are minor and are not likely to be material to the outcome of the case. The changes were made for the following reasons:

A recent policy change at the beginning of September allowed an additional gathering for Native American religious groups – the pow-wow – and required an additional staff member to supervise any use of a shovel or rake at religious gatherings. (*See* Doc. 28-1 at ¶¶ 26-27, pgs. 24-27.) The details of these changes have been clarified in the amended declarations. In Jeff Brown's declaration, paragraphs 41 and 45 have been adjusted. In Linda Kidd's declaration, paragraph 21 has been adjusted.

Additionally, in Linda Kidd's declaration, paragraph 30, the first sentence has been deleted. The protocol it referred to is already discussed under paragraph 31 as a protocol during the COVID-19 pandemic, and it is no longer in place.

No other changes were made in the amended declarations.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of September, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of FedEx overnight shipping, postage prepaid, addressed to:

Eugene K. Mallard
1301 KS Highway 264
Larned, KS 67550-5353
*Plaintiff, pro se*

                                          */s/ Matthew L. Shoger*
                                          Matthew L. Shoger
                                          Assistant Attorney General