Eugene K Mallard
1301 K264 HWY
Larned Kansas 67550

Telephone: (620) 285-4660 ext. 4

FILED
U.S. District Court
District of Kansas

OCT 0 2 2023

Clerk, U.S. District Court
By _MAM_ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| Eugene K. Mallard. Plaintiff | |
|---|---|
| v. | Case No.   5:22-cv-04053-EFM-KGG |
| Laura Howard, Secretary KDADS, et al.,<br>Defendants. | **MOTION**<br>Extension of Time |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO REQUEST FOR SUMMARY JUDGMENT

I, Eugene K. Mallard, ask the court to enlarge the time in which to file a response to the Motion for Summary Judgment (Doc. 27 and 28), by twenty-one days to October 23, 2023. In support thereof he states:

1. Document 27 and 28 were received by Mr. mallard from the facility mail room on September 18, 2023.
2. Mr. Mallard in calculating 21 days figures the due date is September 30, 2023.
3. Mr. Mallard then received the Amended Declarations on September 25, 2023, from the facility mail room.
4. This is Mr. Mallard's first request for extension of time. This request is made before the time is set to expire.
5. Mr. Mallard, was unable to speak with opposing counsel concerning this due to his confinement as previously presented to the Court.

6. This motion is presented in good faith.
7. Mr. Mallard needs more time due to the limits placed upon him by the facility, as previously presented, and for the reason that due to the large amount of information to go through and prepare a proper rebuttal and gather the documents time is needed.

**WHEREFORE**, Mr. Mallard asks this Court to enlarge the time to respond to October 23, 2023, a total of a 21 day extension.

**Executed on September 27, 2023**

*/s/ Eugene K Mallard*
Eugene K Mallard
1301 Ks. Hwy 264
Larned, Ks. 67550
620-285-4660 Ext. 4

## CERTIFICATE OF SERVICE

**Eugene K Mallard** hereby declares that on the **28th** day of **September**, 2023, he placed a true and correct copy of the above and foregoing in the facility mail system to be given to the United States Postal Service for delivery. Each envelope was properly addressed with appropriate postage affixed and was addressed to:

| | |
|---|---|
| Clerk of the Court<br>403 US Courthouse<br>401 N. Market Street<br>Wichita, KS. 67202 | Matthew Shoger #28151<br>Assistant Attorney General<br>Attorney for Defendants<br>120 SW 10th Ave., 2nd Floor<br>Topeka, Kansas 66612<br>Tel: (785) 368-5244 \| Fax: (785) 291-3767<br>Email:matt.shoger@ag.ks.gov |

*/s/ Eugene Mallard*
Eugene Mallard
Plaintiff, *Pro Se*
1301 K264 HWY
Larned Kansas 67550-5353

Eugene k Mallard
1301 KS. HWY. 264
Larned, KS. 67550

WICHITA KS 670
29 SEP 2023 PM 3 L

THIS CORRESPONDENCE IS
FROM A SECURE FACILITY
AND IS UNCENSORED

Clerk of the Court
403 US Courthouse
401 N. Market Street
Wichita, KS. 67202



RECEIVED
OCT 0 2 2023
By _____

67202-200003