# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Eugene K. Mallard**. Plaintiff<br><br>v.<br><br>**Laura Howard,** Secretary KDADS, et al.,<br>    Defendants. | Case No.    5:22-cv-04053-EFM-KGG |

## DECLARATION OF JIMMIE A. SEBEK

I, Jimmie A. Sebek, being of lawful age, make the following affidavit pursuant to 28 U.S.C. § 1746, relating to the captioned matter, based upon my personal knowledge and information made known to me through documentation.

1.     I am the leader of the Gray Wolf Native American callout in SPTP under the KSVPA.

2.     I became a member of the Gray Wolf callout on or about the year 2015. At times I dropped out of the callout only to return later.

3.     I became the leader of the Gray Wolf callout on or about September of 2022.

4.     I was committed as a sexually violent predator under the Kansas Sexually Violent Predator Act, on or about July 31, 2012.

### Right to Privacy

5.     I am aware that by submitting this declaration that the Court may not seal the document and it will be a part of the record that is accessible to the entire public.

Exhibit C                                                                                                                    Page 1 of 6

6.      I know I have a right to privacy while confined under the KSVPA and for the purposes of this case and this declaration, if the Court does not seal the documents, I am aware that it will be known publicly that I am receiving treatment under the KSVPA.

7.      For the furtherance of Mr. Mallard and other Native Americans that may benefit I am fine with it being known as stated in Paragraph 5 and 6 if the Court does not seal said documents.

## Membership

8.      Eugene Mallard has not been a member of the Gray Wolf callout since I became a member.

9.      All requests for membership in the Gray Wolf callout are reviewed by the members of the Gray Wolf callout.

10.     In the past I was a member of the Red Wolf Native American callout prior to being a part of the Gray Wolf callout. This again was an on and off again situation.

11.     I have never been a member of the Independent Native American callout.

12.     The Independents is a group comprised of members from the Red Wolf and Gray Wolf callout, that were banned or left for some reason.

13.     The Independent callout was started by an individual that was not a member of either the Red Wolf or Gray Wolf that wanted to practice on his own. This is where the Independent Native American callout began.

## Smudge

14.     I hold the sincere belief that a daily smudge is necessary in order to purify myself and stay connected with Grandfather. Without this daily practice I feel lost and without my spiritual being.

## Sweat Ceremony

15.     It is my sincerely held belief that the sweat ceremony should be held no less than once per week. This ceremony is akin to returning to the womb of mother earth so that one is purified, gains strength, guidance, physical, emotional, mental, and spiritual healing. The Christian equivalent is attending church once per week.

16.     I sincerely am willing to accept a once per month sweat ceremony for facility reasons, if done in the appropriate manner.

Exhibit C                                                                                                   Page 2 of 6

17. The appropriate manner for a sweat ceremony is that it is to begin at sunup and last until sundown, for the facility 8:00 AM to 4:00 PM. Afterwards the tribe gathers inside and has a feast.

18. In my first few years in the program the sweat ceremony was once per month on a Sunday, that began at 8:00 AM and went until about 4:00 PM. This went on until the facility eradicated the ceremony.

19. Upon allowing the sweat ceremony only recently the facility limited it to four hours and a half hour for cleanup.

20. The current four hour period causes the ceremony to be rushed and not a vital component of my beliefs and practice.

   a. In order for the rocks to heat to temperature in the fire takes about 1 to 1 ½ hours. This is dependent on the outside air temperature. Failure to heat the rocks to the right temperature, denies them the ability to provide the steam necessary for a proper sweat.

   b. It takes 15-20 minutes in the lodge, once the rocks are heated, to complete one round.

   c. After the round, one needs about forty-five minutes, for health, safety and prayer, to recover and prepare for the next round.

   d. There is a minimum of four rounds that must be completed.

   e. Rushing the Sweat to be completed in four hours means the rocks are not ready and the health and safety of the person is compromised.

   f. That is why the traditional method is sunup to sundown.

   g. In the past we compromised and went from 0800 to 1600 hours, a total of eight hours once per month.

21. The facility at this time denies a feast after the sweat ceremony, instead they provide a sack lunch that consists of: 1 Peanut butter and jelly sandwich, 1 bag of chips, 1 apple or orange, 1 carton of milk and 1 package of Oreo cookies.

22. A traditional feast after a sweat ceremony is to consist of traditional Native American food. This would include: Wild Game (dependent upon season or area), grape dumplings, roasted corn, and fry bread.

### Feasts/Meals

23. The facility does allow for four meals per year, but these meals are not appropriate to the religion, nor is it seasonally appropriate.

**Exhibit C**                                                                                                                                              **Page 3 of 6**

24. Concerning the religious meal request form, there are no changes to the form based on the season and the fruits, vegetables, grains and other items that would be appropriate for that season.

25. In my religion a feast is a celebration of a special event and does not replace a Sweat Ceremony, Pipe and Drum Ceremony, or any other ceremony or smudge. It is against my sincerely held belief to have to forego one event to have a feast or meal.

26. Currently the food delivered for a religious meal is delivered cold and out of temperature range. No one checks the temperature or utilizes any other measure to ensure it is safe.

### General Disregard for Food Safety by the Facility

27. The facility currently delivers three meals per day to me on the unit. Upon receipt of the tray the food is cold and outside the safe temperature for such food.

28. When I raise the complaint to staff that the food is cold I am told there is a microwave, heat it up for there is nothing else that can be done.

29. On September 16, 2023, the microwave quit working. It was not replaced until, after numerous complaints, September 20, 2023. A total of four days I was forced to eat food that was out of temperature range with no recourse.

30. On September 17, 2023, my meal was delivered in a Styrofoam tray. When the facility uses Styrofoam trays the following occurs:
   a. All food (hot and cold) is put inside the same tray.
   b. The cold food becomes heated to the point it is in the food danger zone and the hot food is reduced in temperature to where it is in the food danger zone.
   c. Even though I have complained it is ignored. I have witnessed and heard others complain all to no avail.

31. The food is consistently overcooked to the point there is no nutritional value. When I complain they state there is nothing that can be done.

32. On September 24, 2023, the microwave on the unit I reside again went out and was not replaced until 9/25/23.

### Presence of Chaplain

33. During our religious gatherings the Chaplain is rarely if ever present. On September 22, 2023, a recent scheduled time for a meal, the chaplain was not present nor did he supervise.

**Exhibit C**                                                                                                                                  **Page 4 of 6**

### Mod Yard

34. The Mod Yard is a separate fenced area next to the religious grounds.

35. The Mod Yard is surrounded by the same chain link fence as the religious callout grounds.

36. The Mod Yard has no wall, but on one side there are three separate buildings.

37. In the middle of the yard is a fire hydrant, that to my knowledge is fully operational and within 300 feet of the religious callout area.

### Careless Fire

38. At no time in all the years that I have been a member of the Native American Callout has there been a careless fire or one that got out of control.

39. In order to prevent any careless fire each Native American callout has an assigned/appointed person known as a fire keeper, usually no less than two persons. This person's sole responsibility is to start, maintain and ensure the fire does not go out of control. These individuals have been carefully selected and are aware of what to do.

### Policies

40. There is no policy for religious call outs that has been drafted or created by the Sexual Predator Treatment Program.

41. All current policies enforcing what I may or may not do as a part of my religion was created by Larned State Hospital and its Superintendent.

42. Secretary for the Kansas Department on Aging and Disability Services, Laura Howard, has never drafted or promulgated a policy concerning my religious practice.

### Facility

43. The only part of the Sexual Predator Treatment Program that shares space is the part located in the Isaac Ray building.

44. The Dillon building and Jung building house and contain no one outside of the Kansa Sexual Predator Treatment Program.

45. Residents in the SPTP are not allowed access to the theater on the grounds of LSH as it is outside the perimeter fence.

Exhibit C                                                                                                                           Page 5 of 6

### Meetings

**46.** There is no weekly meeting held with administration. It averages about once per month and at times it is about once every two months.

### Pandemic

**47.** At no time do I believe that my religious rights should override an epidemic that can cause death or effect a mass amount of people.

**48.** I do sincerely believe that once the cause for a pandemic subsides all previous activities should be restored to their fullest capacity.

**Executed on October  5 , 2023**

*Jimmie A. Sebek*
Jimmie A. Sebek, Leader, Gray Wolf

Exhibit C                                                                                                    Page 6 of 6