# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Eugene K. Mallard**. Plaintiff<br><br>v.<br><br>**Laura Howard,** Secretary KDADS,<br>et al.,<br>   Defendants. | Case No.   5:22-cv-04053-EFM-KGG |

## DECLARATION OF JAMES G. STOUT

I, James G. Stout, being of lawful age, make the following affidavit pursuant to 28 U.S.C. § 1746, relating to the captioned matter, based upon my personal knowledge and information made known to me through documentation.

   1.   I was committed as a sexually violent predator under the Kansas Sexually Violent Predator Act, on or about October 15, 2018.

### Right to Privacy

   2.   I am aware that by submitting this declaration that the Court may not seal the document and it will be a part of the record that is accessible to the entire public.

   3.   I know I have a right to privacy while confined under the KSVPA and for the purposes of this case and this declaration, if the Court does not seal the documents, I am aware that it will be known publicly that I am receiving treatment under the KSVPA.

   4.   For the furtherance of Mr. Mallard and other Native Americans that may benefit I am fine with it being known as stated in Paragraph 5 and 6 if the Court does not seal said documents.

### General Disregard for Food Safety by the Facility

5. The facility currently delivers three meals per day to me on the unit. Upon receipt of the tray the food is cold and outside the safe temperature for such food.

6. When I raise the complaint to staff that the food is cold I am told there is a microwave, heat it up for there is nothing else that can be done.

7. On September 16, 2023, the microwave quit working. It was not replaced until, after numerous complaints, September 20, 2023. A total of four days I was forced to eat food that was out of temperature range with no recourse.

8. On September 17, 2023, my meal was delivered in a Styrofoam tray. When the facility uses Styrofoam trays the following occurs:

    a. All food (hot and cold) is put inside the same tray.

    b. The cold food becomes heated to the point it is in the food danger zone and the hot food is reduced in temperature to where it is in the food danger zone.

    c. Even though I have complained it is ignored. I have witnessed and heard others complain all to no avail.

9. The food is consistently overcooked to the point there is no nutritional value. When I complain they state there is nothing that can be done.

10. On September 24, 2023, the microwave on the unit I reside again went out and was not replaced until 9/25/23.

### Mod Yard

11. The Mod Yard is a separate fenced area next to the religious grounds.

12. The Mod Yard is surrounded by the same chain link fence as the religious callout grounds.

13. The Mod Yard has no wall, but on one side there are three separate buildings.

14. In the middle of the yard is a fire hydrant, that to my knowledge is fully operational and within 300 feet of the religious callout area.

### Careless Fire

15. At no time in all the years that I have been in SPTP has the Native American Callout been the result of a careless fire or one that got out of control.

16.  In order to prevent any careless fire each Native American callout has an assigned/appointed person known as a fire keeper, usually no less than two persons. This person's sole responsibility is to start, maintain and ensure the fire does not go out of control. These individuals have been carefully selected and are aware of what to do.

## Policies

17.  There is no policy for religious call outs that has been drafted or created by the Sexual Predator Treatment Program.

18.  All current policies enforcing what I may or may not do as a part of my religion was created by Larned State Hospital and its Superintendent.

19.  Secretary for the Kansas Department on Aging and Disability Services, Laura Howard, has never drafted or promulgated a policy concerning my religious practice.

## Facility

20.  The only part of the Sexual Predator Treatment Program that shares space is the part located in the Isaac Ray building.

21.  The Dillon building and Jung building house and contain no one outside of the Kansa Sexual Predator Treatment Program.

22.  Residents in the SPTP are not allowed access to the theater on the grounds of LSH as it is outside the perimeter fence.

**Executed on October __5__, 2023**

_____
James G. Stout, Resident