UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Eugene K. Mallard**. Plaintiff<br><br>v.<br><br><br>**Laura Howard,** Secretary KDADS,<br>et al.,<br>    Defendants. | Case No.     5:22-cv-04053-EFM-KGG |

# DECLARATION OF DUSTIN J. MERRYFIELD

I, Dustin J. Merryfield, being of lawful age, make the following affidavit pursuant to 28 U.S.C. § 1746, relating to the captioned matter, based upon my personal knowledge and information made known to me through documentation.

1.  I am currently not a member of any religious callout within SPTP.

2.  I became a member of the Red Wolf callout on or about the year 2007 and remained for less than a year.

3.  I was committed as a sexually violent predator under the Kansas Sexually Violent Predator Act, on or about the year 2000.

### Right to Privacy

4.  I am aware that by submitting this declaration that the Court may not seal the document and it will be a part of the record that is accessible to the entire public.

5.  I know I have a right to privacy while confined under the KSVPA and for the purposes of this case and this declaration, if the Court does not seal the documents, I am aware that it will be known publicly that I am receiving treatment under the KSVPA.

6. For the furtherance of Mr. Mallard and other Native Americans that may benefit I am fine with it being known as stated in Paragraph 5 and 6 if the Court does not seal said documents.

### Education

7. I am a college educated individual.

8. I have Vo-Tech Degrees in the following: (1) Computers; (2) Life rescue; (3) First Aid; (4) Finance; (5) Food Service; and (6) Religion.

9. I have diplomas in: (1) Computers; (2) Computer Programming; (3) Accounting; and (4) Criminal Justice.

10. I have a Paralegal Degree from Blackstone Career Institute and Adams State University.

11. I have an advanced Paralegal Degree in Business Law from Blackstone Career Institute.

12. I have an Associate's in Theology from International Christian College and Seminary.

13. I have a Bachelor's in Theology from Liberty Bible College and Seminary.

14. I have 3 Semesters completed for an Associate Degree in Applied Computer Science and Business.

15. I hold many other degrees, certificates and diplomas.

16. In SPTP I spent about sixteen years in the Vocational Training Program Foodservice department, wherein I was responsible for serving, cooking, and preparing food. I worked my way to a position wherein eventually I was responsible for training new members in the Food Service Department.

17. I am a published author with one completed and one being published.

### Institution

18. At the age of ten I was removed from home and placed in State facilities.

19. Today I am forty-two, giving me thirty-two years in state facilities.

20. I have been in secure and non-secure state facilities over the thirty-two years.

### Membership

21. Eugene Mallard is a member of the Red Wolf Native American callout.

### Smudge

22. Since the year 2003 I have witnessed the Native Americans going out for a daily smudge around 1545 hours each day until COVID.

23. During COVID smudge was denied more often than not.

24. After COVID the daily smudge was slow to be reinstituted, but at this time is occurring.

### Sweat Ceremony

25. Since the year 2003 I have witnessed the native Americans go out one Sunday per month for a sweat lodge ceremony that began at 0800 and lasted until 1600 hours.

26. I have assisted the Native American callouts with purchasing the wood and rock necessary for the sweat lodge ceremony.

27. Upon conclusion of the Sweat Lodge ceremony I would see the individuals return to their unit and have a feast from a sack lunch prepared by the facility.

28. As a worker in the Vocational Foodservice program part of my duties was preparing the sack lunch meal/feast for the Native Americans after a sweat lodge ceremony. This consisted of double portions of: (1) Lunch meat; (2) Bread; (3) Condiments; (4) Chips; (5) Cookies; and (6) Fruit.

29. The Native American sack lunch meal was not items the food service carried or had on the menu. It was purchased by the facility specifically for the once per month event.

30. Since the year 2003 the Sweat Lodge ceremony included the Pipe and Drum ceremony for that week, therefore no Pipe and Drum ceremony was held.

### Feasts/Meals

31. I participated in about six meals prepared and cooked at the callout by members of the Native American Callout. When the Native American callout was allowed to prepare their food no one ever got sick from the food.

32. When the Native American callout was allowed to prepare their food no staff member checked the temperature of the food.

33. When the Native American callout was allowed to prepare their food it was served hot, above temperature.

### General Disregard for Food Safety by the Facility

34. The facility currently delivers three meals per day to me on the unit. Upon receipt of the tray the food is cold and outside the safe temperature for such food.

35. When I raise the complaint to staff that the food is cold I am told there is a microwave, heat it up for there is nothing else that can be done.

36. On September 16, 2023, the microwave quit working. It was not replaced until, after numerous complaints, September 20, 2023. A total of four days I was forced to eat food that was out of temperature range with no recourse.

37. On September 17, 2023, my meal was delivered in a Styrofoam tray. When the facility uses Styrofoam trays the following occurs:
    a. All food (hot and cold) is put inside the same tray.
    b. The cold food becomes heated to the point it is in the food danger zone and the hot food is reduced in temperature to where it is in the food danger zone.
    c. Even though I have complained it is ignored. I have witnessed and heard others complain all to no avail.

38. The food is consistently overcooked to the point there is no nutritional value. When I complain they state there is nothing that can be done.

39. On September 24, 2023, the microwave on the unit I reside again went out and was not replaced until September 25, 2023.

### Mod Yard

40. The Mod Yard is a separate fenced area next to the religious grounds.

41. The Mod Yard is surrounded by the same chain link fence as the religious callout grounds.

42. The Mod Yard has no wall, but on one side there are three separate buildings.

43. In the middle of the yard is a fire hydrant, that to my knowledge is fully operational and within 300 feet of the religious callout area.

### Careless Fire

44. The only time a careless fire or out of control fire occurred on the religious grounds occurred at the hands of the facility. The facts are:
    a. The facility decided to install a new fence, to create a double fence around the callout grounds.

  b. The company was using a torch or something similar and set the grass on fire during the install. It burned all the way to the parking lot before it was put under control.

**45.** At no time in all the years that I have been a member of the SPTP facility has the Native American callout been the cause of a careless fire or one that got out of control.

**46.** In order to prevent any careless fire each Native American callout has an assigned/appointed person known as a fire keeper, usually no less than two persons. This person's sole responsibility is to start, maintain and ensure the fire does not go out of control. These individuals have been carefully selected and are aware of what to do.

### Policies

**47.** There is no policy for religious call outs that has been drafted or created by the Sexual Predator Treatment Program.

**48.** All current policies enforcing what I may or may not do as a part of my religion was created by Larned State Hospital and its Superintendent.

**49.** Secretary for the Kansas Department on Aging and Disability Services, Laura Howard, has never drafted or promulgated a policy concerning my religious practice.

### Facility

**50.** The only part of the Sexual Predator Treatment Program that shares space is the part located in the Isaac Ray building.

**51.** The Dillon building and Jung building house and contain no one outside of the Kansa Sexual Predator Treatment Program.

**52.** Residents in the SPTP are not allowed access to the theater on the grounds of LSH as it is outside the perimeter fence.

### Staff

**53.** Around June of 2023 a random pat down at yard revealed that a resident had a THC gummy. Based on this the facility began to pat search every resident when they leave the facility.

**54.** The current mail policy and procedure denies the THC Gummies from coming in through the mail.

55. Staff are allowed to bring contraband on the unit everyday as the facility allows them to bring back packs full of whatever they want. This includes controlled narcotics, metal, food, drinks, etc. I can see this as the backpacks or bags are see through and clear.

56. In all the time I have been in commitment facilities the secure facilities never allowed staff to bring anything to the unit, most especially a backpack.

57. Since the finding of the THC gummy no change to staff has occurred to my knowledge.

58. The staff has a break room outside of where residents are allowed to go and are given breaks as required by law. In most secure facilities this is where said items are to be kept.

## Callouts

59. The religious callouts that do not need an outside area, are seen practicing their religion by gathering in the day halls of different units.

60. The Native American callouts are not allotted these additional hours as their practice requires the outside are, which requires staff.

## Administrative Remedies

61. I have and do use the different administrative remedies within the facility on a constant basis.

62. The facility ignores the decisions made in the administrative remedies. For example:

   a. The administrative remedy ordered that the decision to deny Station 19 Season 1, 2, and 3 be reversed. The facility instead issued another decision to deny. It was overturned and we are on the third process for the same thing.
   b. I filed grievances concerning the quality of food and the facility gave it to the Director of the Company contracted for food service to answer. This was in direct violation of their own policy that says the one involved is not to answer the grievance.
   c. The Grievance Officer has repeatedly told me that she is a messenger and is not empowered to correct any wrong even if it is blatantly clear.

63. G012023-049, a grievance I filed about the poor quality of food, was given to the Director of the Company contracted for food service to answer. The answer was that vegetables are to be overcooked for they are more nutritious that way and rice that is a ball and looks like

mashed potatoes is not overcooked, it just looks that way because of the scoop used to serve it. In the end no correction was or has been made.

**Executed on October   5  , 2023**

*[signature]*

Dustin Merryfield, Resident