Eugene K Mallard
1301 KS. Hwy. 264
Larned, KS. 67550



Clerk of the Court
403 US Courthouse
401 N. Market Street
Wichita, KS. 67202

THIS CORRESPONDENCE IS
FROM A SECURE FACILITY
AND IS UNCENSORED



RECEIVED
OCT 10 2023
By_____