IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EUGENE K. MALLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case. No. 22-4053-EFM |
| | ) |
| LAURA HOWARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF SUPPLEMENTAL AUTHORITIES

Defendants Laura Howard and Gabriel Rop ("Defendants") submit this notice under D. Kan. Rule 7.1(f) to provide a supplemental authority in addition to those in Defendants' Reply in Support of their Motion for Summary Judgment. (Doc. 36.) It has come to the undersigned counsel's attention that on page 9 of the Reply, the undersigned counsel inadvertently left in placeholder text and did not cite a case after the sentence "The District of Kansas has held the same." (Doc. 36 at 9.) An appropriate citation would be *Watson v. USD No. 500, Kansas City, Kansas*, No. 19-1044-EFM, 2021 WL 963392, at *2 (D. Kan. Mar. 15, 2021).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 24th day of October, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Eugene K. Mallard
1301 KS Highway 264
Larned, KS 67550-5353
*Plaintiff, pro se*

                                        */s/ Matthew L. Shoger*
                                        Matthew L. Shoger
                                        Assistant Attorney General